Clear Form

FILED
DEC -2 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PHK**

ANDREW U. D. STRAW                         ) **CV 24-08625**
                                           )
                                           )
              Plaintiff,                   ) CASE NO. _____
                                           )
   vs.                                     ) **APPLICATION TO PROCEED**
FACEBOOK                                   ) **IN FORMA PAUPERIS**
                                           ) (Non-prisoner cases only)
                                           )
              Defendant.                   )
_____)

I, __ANDREW U. D. STRAW__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ____   No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: __N/A_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -


08001.000001.03.19.00.212055824

1  and wages per month which you received.
2  I received $1,000 in October 2024 for a 1-time editing job .
3  _____
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.  Business, Profession or            Yes ✔  No ___
8          self employment?

9      b.  Income from stocks, bonds,        Yes ___ No ✔
10         or royalties?

11     c.  Rent payments?                    Yes ___ No ✔

12     d.  Pensions, annuities, or           Yes ___ No ✔
13         life insurance payments?

14     e.  Federal or State welfare payments, Yes ✔ No ___
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 I received the $1,000, which I used to pay my former landlord for services due.
20 I received $1,430 per month SSDI for each month of 2024.

21 3.  Are you married?                         Yes ___ No ✔
22 Spouse's Full Name: NA
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.  a.  List amount you contribute to your spouse's support:$ 0
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support.  (NOTE: For minor


08001.000001.04.19.00.212055824

|   |   |
|---|---|
| 1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.) |
| 2 | NONE |
| 3 |  |
| 4 | 5.   Do you own or are you buying a home?   Yes ___ No ✔ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 6 | 6.   Do you own an automobile?   Yes ___ No ✔ |
| 7 | Make _____ Year _____ Model _____ |
| 8 | Is it financed? Yes ___ No ___   If so, Total due: $_____ |
| 9 | Monthly Payment: $_____ |
| 10 | 7.   Do you have a bank account?  Yes ✔ No ___ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: FIDELITY BANK |
| 12 |  |
| 13 | Present balance(s): $ 1 |
| 14 | Do you own any cash? Yes ✔ No ___ Amount: $ 60 |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 16 | market value.)   Yes ✔ No ___ |
| 17 | household items paid with student loans, miniPC, clothes and 2 suitcases. $1,000 value |
| 18 | 8.   What are your monthly expenses?  PREVIOUS RENT was much higher: $300 / month October 2022 - Oct 2024 |
| 19 | Rent: $ 70    Utilities: 200 |
| 20 | Food: $ 700   Clothing: 25 |
| 21 | Charge Accounts: |

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| loan to landlord est DEC | $ 1000 | $ 1000 |
| student loans | $ 0 | $ 15000 |
| TOT. landlord pmts 2024 | $ | $ 2700 |

|   |   |
|---|---|
| 26 | 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom |
| 27 | they are payable.  Do not include account numbers.) |
| 28 | USCA7 $1,000 |

- 3 -


08001.000001.05.19.00.212055824

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| 11/23/2024 | *[signature]* |
|---|---|
| DATE | SIGNATURE OF APPLICANT |

Please note that while I have VCF.gov and CLJA federal claims and lawsuits pending, I have not been paid for the justice due and I remain on SSDI in this poverty state until the time when justice arrives. My lawyer for the Camp LeJeune matter is Ed Bell, the lead attorney for the massive tort litigation. My VCF.gov claim for 9/11 toxic dust injuries is Dearie Law in NYC. I have no anticipated date of payment, just long waits in poverty ahead.