1  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
4  Facsimile:   +1 650 614 7401

5  RYAN D. BOOMS (STATE BAR NO. 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2100 Pennsylvania Avenue NW
7  Washington, D.C. 20037
   Telephone:   +1 202 339-8400
8  Facsimile:   +1 202 339-8500

9  Attorneys for Defendant
   Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANDREW U.D. STRAW, | Case No. 24-cv-8625-PHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| v. | |
| FACEBOOK, | |
| Defendant. | Date:       March 28, 2025<br>Time:       1:00 pm<br>Courtroom: F, 15th Floor<br>Judge:      Hon. Peter H. Kang |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

    Having considered the parties' papers, the applicable law, the relevant pleadings and papers on file, and arguments with respect to Defendant Meta Platforms, Inc.'s motion to dismiss, the Court concludes that Defendant's motion to dismiss is GRANTED. Plaintiff's Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                                                         HON. PETER H. KANG
                                                                         U.S. District Court Magistrate Judge