JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:  +1 650 614 7400
Facsimile:  +1 650 614 7401

RYAN D. BOOMS (STATE BAR NO. 329430)
rbooms@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone:  +1 202 339-8400
Facsimile:  +1 202 339-8500

Attorneys for Defendant
Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW U.D. STRAW,<br><br>       Plaintiff,<br><br>   v.<br><br>FACEBOOK,<br><br>       Defendant. | Case No. 24-cv-8625-PHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Date:       March 28, 2025<br>Time:       1:00 pm<br>Courtroom: F, 15th Floor<br>Judge:      Hon. Peter H. Kang |

1 **[PROPOSED] ORDER**

Having considered the parties' papers, the applicable law, the relevant pleadings and papers on file, and arguments with respect to Defendant Meta Platforms, Inc.'s request for judicial notice in support of its motion to dismiss, the Court concludes that Defendant's request for judicial notice is GRANTED.

The Court therefore takes judicial notice of Exhibit A (the Facebook Terms of Service, published by Meta and in effect from at least January 1, 2024 to at least December 8, 2024) and Exhibit B (the Facebook Terms of Service, published by Meta and preserved by the Internet Archive's WayBack Machine as the Terms existed on December 8, 2024) attached to the Declaration of Michael Duffey in support of Meta's request for judicial notice.

**IT IS SO ORDERED.**

Dated: _____   By: _____
HON. PETER H. KANG
U.S. District Court Magistrate Judge