1  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA 94025-1015
   Telephone:  +1 650 614 7400
4  Facsimile:  +1 650 614 7401

5  RYAN D. BOOMS (STATE BAR NO. 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2100 Pennsylvania Avenue NW
7  Washington, D.C. 20037
   Telephone:  +1 202 339-8400
8  Facsimile:  +1 202 339-8500

9  Attorneys for Defendant
   Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW U.D. STRAW,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK,<br><br>  Defendant. | Case No. 24-cv-8625-PHK<br><br>**DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:  Hon. Peter H. Kang |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 7.1(a), this Corporate Disclosure Statement is filed on behalf of Defendant Meta Platforms, Inc. ("Meta") (formerly Facebook, Inc.). |
| 2 | |

Pursuant to Federal Rule of Civil Procedure 7.1(a), this Corporate Disclosure Statement is filed on behalf of Defendant Meta Platforms, Inc. ("Meta") (formerly Facebook, Inc.).

Undersigned counsel of record certifies that Meta does not have a parent corporation and that no publicly held corporation owns 10% or more if its stock. Meta is a publicly held company organized under the laws of Delaware.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Meta will supplement its disclosure if necessary.

Dated: February 12, 2025

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Jacob M. Heath*
Jacob M. Heath

Attorney for Defendant
META PLATFORMS, INC.