1  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA 94025-1015
   Telephone:   +1 650 614 7400
4  Facsimile:   +1 650 614 7401

5  RYAN D. BOOMS (STATE BAR NO. 329430)
   rbooms@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2100 Pennsylvania Avenue NW
7  Washington, D.C. 20037
   Telephone:   +1 202 339-8400
8  Facsimile:   +1 202 339-8500

9  Attorneys for Defendant
   Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW U.D. STRAW, | Case No. 24-cv-8625-PHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| v. | |
| FACEBOOK, | |
| Defendant. | Judge:   Hon. Peter H. Kang |

## STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

Plaintiff Andrew U.D. Straw ("Plaintiff") and Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Defendant") (collectively, the "Parties), by and through its undersigned counsel, respectfully submit this stipulation to continue the Initial Case Management Conference and associated deadlines pursuant to the Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang.

**WHEREAS**, the Initial Case Management Conference is currently scheduled for March 6, 2025 (Dkt. 3 at 2);

**WHEREAS**, the current deadline for the Parties to meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure is February 13, 2025;

**WHEREAS**, the current deadline for the Parties to make initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure is February 20, 2025;

**WHEREAS**, the current deadline to file the Joint Case Management Statement pursuant to Rule 26(f) of the Federal Rules of Civil Procedure is February 27, 2025;

**WHEREAS**, the Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang provides, "If a Party files a motion that would be dispositive of the entire case (e.g., a motion to dismiss or remand), the Parties may file a stipulation and proposed order to continue the initial case management conference to fifteen (15) calendar days after the hearing on that case dispositive motion.";

**WHEREAS**, Defendant filed a Motion to Dismiss Plaintiff's Complaint With Prejudice ("Motion to Dismiss") on February 12, 2025;

**WHEREAS**, Defendant noticed the hearing on the Motion to Dismiss for March 28, 2025;

**WHEREAS**, Magistrate Judge Kang holds case management conferences on Thursdays at 1:00 pm;

**WHEREAS**, the soonest available Thursday on Magistrate Judge Kang's calendar that is at least 15 calendar days after the hearing on the Motion to Dismiss is May 1, 2025;

**NOW, THEREFORE**, Plaintiff and Defendant, by and through its undersigned counsel, stipulate and agree to the following dates for the Initial Case Management Conference and associated deadlines:

1

| Event | Proposed Date |
|---|---|
| Deadline to Meet and Confer Pursuant to FRCP 26(f) | Thursday, April 10, 2025 |
| Deadline to Make Initial Disclosures Pursuant to FRCP 26(a) | Thursday, April 17, 2025 |
| Deadline to File Joint Case Management Statement Pursuant to FRCP 26(f) | Thursday, April 24, 2025 |
| Initial Case Management Conference | Thursday, May 1, 2025 |

Dated: February 12, 2025        By:   */s/ Andrew U.D. Straw*
                                          Andrew U.D. Straw

                                          Plaintiff


Dated: February 12, 2025        ORRICK, HERRINGTON & SUTCLIFFE LLP


                                By:   */s/ Jacob M. Heath*
                                          Jacob M. Heath

                                          Attorney for Defendant
                                          META PLATFORMS, INC.


**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

Per L.R. 5-1(i)(3), I attest the other signatory has concurred in the filing of this document.

Dated: February 12, 2025        ORRICK, HERRINGTON & SUTCLIFFE LLP


                                By:   */s/ Jacob M. Heath*
                                          Jacob M. Heath

                                          Attorney for Defendant
                                          META PLATFORMS, INC.

# [PROPOSED] ORDER

Having reviewed and considered the Stipulation, and good cause appearing, the Court hereby **ORDERS** as follows and sets the below date for the Initial Case Management Conference and associated deadlines:

| Event | Date |
| --- | --- |
| Deadline to Meet and Confer Pursuant to FRCP 26(f) | Thursday, April 10, 2025 |
| Deadline to Make Initial Disclosures Pursuant to FRCP 26(a) | Thursday, April 17, 2025 |
| Deadline to File Joint Case Management Statement Pursuant to FRCP 26(f) | Thursday, April 24, 2025 |
| Initial Case Management Conference | Thursday, May 1, 2025 |

Dated: February __, 2025

HON. PETER H. KANG
UNITED STATES MAGISTRATE JUDGE