IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 3:24-cv-08625-PHK |
| *Plaintiff,* | ) | |
| | ) | Hon. Peter H. Kang |
| *v.* | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant.* | ) | JURY TRIAL NOT DEMANDED |

## NOTICE RE *IN FORMA PAUPERIS* SCREENING

I, *plaintiff* Andrew U. D. Straw make this **NOTICE**:

## FACTS & LAW

1. The Court today denied the motion to dismiss (**Dkt 7**) as premature because *IFP* screening is pending under 28 U.S.C. 1915(e)(2)(A & B).

2. It may assist the Court in this process knowing that *IFP* was granted to me in the lawsuit I brought against LinkedIn before this same District Court in 2022. See: *Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (**Dkt. 5**)

3. In that case, there were similar facts, namely that LinkedIn terminated my account in retaliation for posting a link about court discrimination in Indiana. The Indiana Supreme Court bans all people with any physical or mental disability from becoming or remaining lawyers. It compares being disabled with being an alcohol or drug addict. That link was http://ban.andrewstraw.com

4. LinkedIn chose to settle with me before the case was fully litigated. I withdrew my complaint and LinkedIn did not have to admit anything.

5. Facebook (Meta) suspended my business page after I made many posts about disability rights and said that I had violated the TOS & Community Guidelines.

6. But when I filed this lawsuit, Facebook took the suspension away, showing there were no grounds under the TOS or FB Guidelines at all for suspending my page. This serves as an admission while the lawsuit was pending. The TOS only mentions that suspensions are done with good cause, not randomly, then reversed because of a lawsuit.

7. I stand by my complaint at **Dkt. 1**. What I needed to allege was facts sufficient to sustain a claim under some legal theory, I chose the business tort, not page after page of complicated legal theory arguments.

8. However, if those grounds seem insufficient to the Magistrate Judge here, I would like to be allowed to allege **disability discrimination** and **retaliation** under ADA Title II & V, and the regulations for them, which prohibit private entities from helping public entities to discriminate or retaliate. Much the same way I presented it in the *LinkedIn* case before this District Court.

9. The facts are pretty straightforward. My page was suspended for no good reason for a long time and my page was reinstated simply because this Court has the power to punish such indefensible acts.

10. With Facebook/Meta backpedaling in that fashion, I should obtain judgment but am willing to discuss settlement that includes Facebook not admitting fault.

## CONCLUSION

11. The Court can grant *IFP* status because my financial situation is not materially better than when I filed this matter. SSDI my only income.

12. My facts as alleged can be considered true and that they support the tort claim or an ADA claim, which I can provide in an amended complaint if needed and the Court agrees to allow me to do that.

13. My FB page at issue: https://web.facebook.com/courtintegrity

WHEREFORE, I ask the Court to consider my complaint under 28 U.S.C. 1915(e)(2)(**A & B**). Granting *IFP* is warranted.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **February 19, 2025**.

Respectfully,

s/ ANDREW U. D. STRAW
9169 W State St. #690
Garden City, ID 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

3

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **NOTICE RE *IN FORMA PAUPERIS* SCREENING** with the Clerk of the U.S. District Court for Northern District of California by CM/ECF on **February 19, 2025,** at. It will be available on PACER.gov hereafter.

Respectfully submitted,

s/ ANDREW U. D. STRAW
9169 W State St. #690
Garden City, ID 83714

Telephone: (847) 807-5237
andrew@andrewstraw.com

4