IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 3:24-cv-08625-PHK |
| *Plaintiff*, | ) | |
| | ) | Hon. Peter H. Kang |
| v. | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant*. | ) | JURY TRIAL NOT DEMANDED |

### AFFIDAVIT REGARDING SERVICE

I, *plaintiff* Andrew U. D. Straw make this **AFFIDAVIT**:

### FACTS

1. The Court denied the motion to dismiss (**Dkt 7**) as premature because *IFP* screening is pending under 28 U.S.C. 1915(e)(2)(A & B).

2. The Court mentioned that service of process will not issue until *IFP* screening is complete.

3. The service issue is moot because the defendant waived service of summons and complaint on January 9, 2025. Please see attached. The Court does not need to serve the defendant the summons and complaint under 28 U.S.C. 1915(d).

4. My FB page at issue: https://web.facebook.com/courtintegrity

WHEREFORE, I ask the Court to consider service to be complete due to the waiver provided by the defendant.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: **February 25, 2025**.

             Respectfully,

             *[signature: Andrew U. D. Straw]*

             s/ ANDREW U. D. STRAW
             9169 W State St. #690
             Garden City, ID 83714
             Telephone: (847) 807-5237
             andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AFFIDAVIT** with the Clerk of the U.S. District Court for Northern District of California by CM/ECF on **February 25, 2025,** at. It will be available on PACER.gov hereafter.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
9169 W State St. #690
Garden City, ID 83714

Telephone: (847) 807-5237
andrew@andrewstraw.com

2