IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 3:24-cv-08625-PHK |
| *Plaintiff,* | ) | |
| | ) | Hon. Peter H. Kang |
| *v.* | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant.* | ) | JURY TRIAL NOT DEMANDED |

### SECOND NOTICE RE *IN FORMA PAUPERIS* SCREENING

I, *plaintiff* Andrew U. D. Straw make this **NOTICE**:

### FACTS & LAW

1. The Court has denied the motion to dismiss (**Dkt 7**) as premature because *IFP* screening is pending under 28 U.S.C. 1915(e)(2)(A & B).

2. *IFP* was granted to me in the lawsuit I brought against LinkedIn before this same District Court in 2022. See: *Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (**Dkt. 5**)

3. I am a public figure on disability rights. The ABA has recognized me as a political advocate for people with disabilities and honored me with its Spotlight award in 2014:

4. https://www.americanbar.org/groups/diversity/disabilityrights/initiatives_awards/spotlight/straw_a/

5.  The Illinois Court of Appeals even in denying my appeal adjudicated and described me as a **"public figure who works on disability rights issues."**

6.  *Straw v. Streamwood Chamber, et. al.*, 2015 IL App (1st) 14-3094-U at *2, 2015 WL 5725222. https://www.illinoiscourts.gov/Resources/64fcb39e-0c9a-4941-bf18-df6491c857f3/1143094_R23.pdf

7.  I raise this public figure status for a reason.

8.  President Trump is also a public figure and this is indisputable.

9.  President Trump's FB account was suspended, much like my page was suspended, for saying things that FB did not like, in my case for **no good reason**.

10. FB settled Trump's lawsuit for that suspension for $25,000,000.

11. This is the news story from January about that settlement:

12. https://www.npr.org/2025/01/29/nx-s1-5279570/meta-trump-settlement-facebook-instagram-suspensions

## CONCLUSION

13. My facts show and Meta cannot deny that my FB page for my disability and court advocacy services was suspended.

14. Meta cannot deny that this went on for a very long time without any good reason at all. This is proven by the fact that my FB page was reinstated since I filed this federal lawsuit for the abuse of suspending my page.

15. Whether the legal grounds should properly be business tort or ADA violation, the underlying **facts** show that FB did not follow its own TOS, which requires an **actual violation** for a page to be suspended and I violated exactly nothing.

2

16. My FB page at issue: https://web.facebook.com/courtintegrity

WHEREFORE, I ask the Court to consider my complaint under 28 U.S.C. 1915(e)(2)(**A & B**). Granting *IFP* is warranted. FB should settle with me just like it settled with President Trump, another public figure.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **March 1, 2025**.

Respectfully,

s/ ANDREW U. D. STRAW
9169 W State St. #690
Garden City, ID 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **SECOND NOTICE RE** *IN FORMA PAUPERIS* **SCREENING** with the Clerk of the U.S. District Court for Northern District of California by CM/ECF on **March 1, 2025,** at. It will be available on PACER.gov hereafter.

Respectfully submitted,

s/ ANDREW U. D. STRAW
9169 W State St. #690
Garden City, ID 83714

Telephone: (847) 807-5237
andrew@andrewstraw.com

4