IN THE

# United States District Court for the Northern District of California

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW,<br>*Plaintiff*, | ) <br> ) <br> ) | Case No.: 3:24-cv-08625-PHK |
| | ) | Hon. Peter H. Kang |
| v. | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant*. | ) | JURY TRIAL NOT DEMANDED |

## AFFIDAVIT

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, hereby state as follows:

### FACTS

1. I wish to provide some additional evidence in support of my my APPLICATION FOR *IFP*, which can only granted after a review under 28 U.S.C. § 1915(e).

2. It is important to me that this Court's evaluation of my *IFP* and frivolous review is not tainted by other courts abusing me using frivolous as a weapon.

3. For this reason, because my former employer, the Indiana Supreme Court, did abuse me this way, I attach two exhibits with my opinions on "frivolous" and "mitigation" that should alleviate any concerns about the Indiana suspension, which the Virginia State Bar and the U.S. Court of Appeals for the Fourth Circuit and 100+ lawyers and defendants did not feel merited any sanctions despite my former employer suspending me for over 8 years now.

4. Exhibit 1 is my opinions on frivolous. Exhibit 2 is my opinions on mitigation.

WHEREFORE, I so depose these facts and opinions in support of my *IFP* review under 28 U.S.C. § 1915(e).

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: **June 23, 2025**.

Respectfully,

s/ ANDREW U. D. STRAW
9169 W. State Street #690
Garden City, ID 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AFFIDAVIT** with the Clerk of Court by CM/ECF on **June 23, 2025**. It will be available on PACER.gov hereafter. CM/ECF will serve all parties which have appeared. Facebook/Meta has appeared by Counsel. This case appears on Courtlistener.com with some free document access.

Respectfully submitted,

s/ ANDREW U. D. STRAW
9169 W. State St. #690
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com