IN THE
# United States District Court for the Northern District of California

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| ANDREW U. D. STRAW, | ) | Case No.: 3:24-cv-08625-PHK |
| --- | --- | --- |
| *Plaintiff*, | ) | |
| | ) | Hon. Peter H. Kang |
| v. | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant*. | ) | JURY TRIAL NOT DEMANDED |

## AMENDED LIS PENDENS NOTICE (DATE 7/1/2025)

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, and I hereby state as follows:

### FACTS

1. I wish to provide some additional evidence in support of my my APPLICATION FOR *IFP*, which can only granted after a review under 28 U.S.C. § 1915(e).

2. I have an ADA lawsuit pending in the U.S. District Court for Maine because of the way University officers issued me failing grades after I asked ADA accommodations.

3. Citation: *Straw v. University of Maine*, 1:25-cv-00325-JAW-KFW (D.Me.)

4. https://www.courtlistener.com/docket/70580597/straw-v-university-of-maine/

5. I want this Court to know that my *In Forma Pauperis* application was granted in that case while this Court has been considering my *In Forma Pauperis* status as well.

6. There are similarities in the two cases. Facebook suspended my page, Andrew U. D. Straw, Esq., like it did to President Trump (later settling for $25,000,000). Then, Facebook **reinstated my page** without explanation, but only *after* I filed this lawsuit.

7. University instructors issued me failing grades at University of Maine and the University left them on my grade record, causing my GPA to fall from 4.0 "A average" to 1.333, or "D+." Those failing grades were on my record even while my Medical Withdrawal was approved by two different university offices.

8. Then, with the ADA Title II lawsuit in Maine filed and pending, the University wiped the 2 courses from my record and removed the 2 failing grades. Now my record again shows that my GPA is back up to 4.0, "A average."

9. In both cases, first there was injury and not listening to me. Then I filed a federal lawsuit in both cases. Then the injury was reversed.

10. I asked *IFP* status in both courts. One of them gave it to me immediately.

11. https://www.courtlistener.com/docket/70580597/straw-v-university-of-maine/

12. Emotional injury is the main damage in both cases. An ADA violation is essentially a statutory tort and emotional injuries under Title II have resulted in $1 million in compensatory damages. *Barnes v. Gorman*, 536 U.S. 181 (2002).

13. In a tort case like I allege here, I have an **eggshell skull**, my mental disabilities from Camp LeJeune poisoning. That must be considered as both a reason for damages and a multiplier, very similar to the way the paralyzed man's

disabilities in *Barnes* increased his damage award for humiliation to $1 million.

14. That disabled man's compensation amount for a day of humiliation is what informs my damages claims in both Maine and here.

15. Humiliation can take many different forms. I have broken legs and a broken pelvis from a reckless driver on my way to work serving 400+ Indiana trial courts working for the Chief Justice of Indiana in 2001. *Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (Dkts. 22-26, 22-27, 22-28). This type of physical disability gave me "standing" to oppose a County Election Board in Kane County, Illinois, leaving snow in its handicap parking space. I took this picture of it and the insurance company for Kane County settled with me:



16.

17. The lawsuit here against Facebook appears now on Courtlistener.com at this URL:

18. https://www.courtlistener.com/docket/69430377/straw-v-facebook/

WHEREFORE, I so depose regarding a LIS PENDENS the above facts and opinions in support of my *IFP* review under 28 U.S.C. § 1915(e). NB that I have used tort law but the ADA may be suitable as well to justify this case. If the tort remedies are not available, I have asked the Court permission to file and amended complaint, if necessary. The facts are the facts in either case and I have stated them simply. FRCP Rule 8.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: **July 1, 2025**.

Respectfully,

s/ ANDREW U. D. STRAW
9169 W. State Street #690
Garden City, ID 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AMENDED NOTICE OF LIS PENDENS** with the Clerk of Court by CM/ECF with the corrected filing date now of **July 1, 2025**. It is July 2, 2025, where I am located in Manila, so I make the correction for California time. It will be available on PACER.gov hereafter. CM/ECF will serve all parties which have appeared. Facebook/Meta has appeared by Counsel. This case appears on Courtlistener.com with some free document access.

Respectfully submitted,

_____

s/ ANDREW U. D. STRAW
9169 W. State St. #690
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com