IN THE
# United States District Court for the Northern District of California

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | |
|---|---|
| ANDREW U. D. STRAW,  ) | Case No.: 3:24-cv-08625-PHK |
| *Plaintiff*, ) | |
| ) | Hon. Peter H. Kang |
| v.  ) | Judge Presiding |
| ) | |
| FACEBOOK, ) | |
| *Defendant*. ) | JURY TRIAL NOT DEMANDED |

### LIS PENDENS NOTICE

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, and I hereby state as follows:

### FACTS

1. I wish to provide some additional evidence in support of my my APPLICATION FOR *IFP*, which can only granted after a review under 28 U.S.C. § 1915(e).

2. I had an ADA lawsuit pending in the U.S. District Court for Maine filed under ADA Title II:

3. Citation: *Straw v. University of Maine*, 1:25-cv-00325-JAW-KFW (D.Me. 2025)

4. https://www.courtlistener.com/docket/70580597/straw-v-university-of-maine/

5. My *In Forma Pauperis* application was granted in that case on **June 27, 2025**, while this Court has been considering my *In Forma Pauperis* status as well.

6. My case against University of Maine has been resolved and I voluntarily dismissed it under FRCP Rule 41. This resolution happened shortly after *In Forma Pauperis* was granted in that case.

7. I believe the vetting process for *IFP* helps parties understand that the complaint is facially valid enough to meet the requirements of 28 U.S.C. § 1915(e). This vetting serves as a preliminary pass at the complaint similar to considering a motion to dismiss. Being granted *IFP* lets the defendant know that it is not immune, the complaint is neither frivolous nor malicious, and on its face the complaint states a justiciable claim with facts and law.

8. I have filed another ADA Title II case in the same U.S. District Court in Maine based on the **denial of services** via **lack of communication for about 7 months** by the State of Maine's Vocational Rehabilitation agency. *Straw v. State of Maine, Vocational Rehabilitation*, 1:25-cv-350-JAW-KFW (D.Me.):

https://www.courtlistener.com/docket/70742846/straw-v-state-of-maine-vocational-rehabilitation/

9. As is clear from **Dkt. 3** of that case, I am seeking to proceed *In Forma Pauperis* yet again. The same presiding judge and Magistrate Judge are assigned as were presiding over the *Straw v. University of Maine* case.

10. Of course, this Court has granted me *IFP* status before against LinkedIn, **Dkt. 5** of that case:

11. https://www.courtlistener.com/docket/66619947/straw-v-linkedin-corp/

12. https://www.courtlistener.com/docket/66619947/5/straw-v-linkedin-corp/ `

13. The FB page to which this litigation pertains is my "court integrity" page, and that makes a number of other litigations and complaints important to note. This is the URL of **Andrew U. D. Straw, Esq.**: https://web.facebook.com/courtintegrity

14. Because Indiana Supreme Court has also failed to provide me services for many years using a paywall that violates ADA Title II, I made a notice to the Indiana Supreme Court in my suspension case. I include a copy of that notice plus the docket sheet for that state case. Exhibit 1 is the notice. Exhibit 2 is the docket sheet showing my many filings that were unactioned since 2017.

15. I made a complaint to the Organization of American States regarding the denial of my judicial human rights. Exhibit 3 is a copy of the confirmation.

16. I made a complaint to the International Criminal Court about the violation of my judicial human rights. Exhibit 4 is a copy of the confirmation.

17. I made an FTCA SF-95 claim to the Administrative Office of U.S. Courts for the violation of my court petitioning (First Amendment) rights without any retaliation for using the courts and my right to courts being fair and not biased (Fifth Amendment) and not entangled administratively with my opposing parties. Exhibit 5 is the SF-95 claim form.

18. I have a lawsuit in Virginia against Indiana, et. al., for how that state's supreme court, my former employer, injured me, inter alia. Exhibit 6 is my latest NOTICE to the Richmond City Circuit Court on Indiana's 8 years of failure to respond to my court filings.

19. My Facebook case here appears on Courtlistener.com at this URL:

20. https://www.courtlistener.com/docket/69430377/straw-v-facebook/

WHEREFORE, I so depose regarding a LIS PENDENS the above facts and opinions in support of my *IFP* review under 28 U.S.C. § 1915(e). NB that I have used tort law but the ADA may be suitable as well to justify this case. If the tort remedies are not available, I have asked the Court permission to file an amended complaint, if necessary. The facts are the facts in either case and I have stated them simply. FRCP Rule 8.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: July 10, 2025.

Respectfully,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
9169 W. State Street #690
Garden City, ID 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

4

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **NOTICE OF LIS PENDENS** and **6 EXHIBITS**, regarding various other lawsuits and complaints, with the Clerk of Court by CM/ECF on July 10, 2025. This filing will be available on PACER.gov hereafter. CM/ECF will serve all parties which have appeared. Facebook/Meta has appeared by Counsel. This case appears on Courtlistener.com with some free document access.

Respectfully submitted,

*Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
9169 W. State St. #690
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com


## EXHIBIT LIST

- EXHIBIT 1 – NOTICE to Indiana Supreme Court
- EXHIBIT 2 – DOCKET SHEET of Indiana Supreme Court case
- EXHIBIT 3 – OAS Human Rights Complaint
- EXHIBIT 4 – International Criminal Court Complaint
- EXHIBIT 5 – FTCA Claim to Administrative Office of U.S. Courts
- EXHIBIT 6 – NOTICE to Richmond City Circuit Court, Virginia