IN THE
# Indiana Supreme Court

| | |
|---|---|
| IN THE MATTER OF ) | |
| ANDREW U. D. STRAW ) | Cause No. 98S00-1601-DI-12 |
| Attorney Number **23378-53** ) | 68 N.E.3d 1070 (Ind. 2/14/2017) |

### NOTICE OF ADA TITLE II VIOLATIONS:
### "DELIBERATE INDIFFERENCE"

I, respondent and *affiant* Andrew U. D. Straw, make this **NOTICE** that the failure to provide me with court services or to respond to my many motions and notices and affidavits and evidence without paying the $500 paywall represents ADA Title II failure to communicate and failure to provide the services of this Court:

### FACTS

1. This suspension should never have happened. I have given ample reasons and I have placed those reasons in several other U.S. federal court dockets around the country so this Court's friends in the 7th Circuit area have a harder time oppressing my First Amendment right to petition courts and build a record of wrongs.

2. I have obliterated the very idea that frivolous can used and weaponized against a civil rights leader like myself. *See*:

https://www.courtlistener.com/docket/70580597/6/1/straw-v-university-of-maine/

1

3. I have thoroughly thrashed the way this Court has not considered even a single mitigating fact before issuing 180 days of suspension that has lasted 8+ years. *See*:

https://www.courtlistener.com/docket/70580597/6/2/straw-v-university-of-maine/

4. But the truly damning issue that I give notice about today is that this Court has placed a $500 paywall such that none of my filings will be actioned by this Court unless I pay it.

5. This Court has not communicated with me since August 28, 2017.

6. When I was denied reinstatement after 180 days was up because I didn't pay the $500 paywall fee, this was the beginning of 8 years of not communicating, not responding, and leaving my justice absolutely and totally unactioned.

7. Not communicating is a denial of any service that I may have been asking, and I have asked so much from this Court, my former employers.

8. Not communicating is like not providing a Braille version of documents to a blind person or not having any ASL interpreter for a deaf person.

9. Not communicating for 8 years and hiding behind this $500 paywall is "deliberate discrimination" and I want to make this Court fully and completely aware that it is discriminating against me.

10. The docket shows that I paid the bogus court costs in 2021, $419.40, even after Virginia State Bar ridiculed this suspension case and called it, "a drive-by shooting."

11. No costs are owed.

12. But for some reason, even with 17 pages of docket in this case and most of it being me invoking my disability rights under law, I can't get this Court to move.

13. I can make motions. I did so.

14. I can ask that the fee be waived. I can ask IFP status like was issued to me dozens of times by state and federal courts across the nation, coast to coast.

15. But this Court hides behind the $500 paywall that I can't afford on SSDI income at $1,466 per month.

16. With my reputation in ruins because of this bogus sanction that has no rational reason to it at all, this Court knows that I don't

have money to support a law practice and this Court is part of the reason.

17. I would advise the Court to review what I placed in the evidence of Straw v. LinkedIn, 5:22-cv-7718-EJD (N.D. Cal. 2023) (Esp. **Dkts. 22-1** to **22-58**):

https://www.courtlistener.com/docket/66619947/straw-v-linkedin-corp/

18. I have also filed an ADA Title II lawsuit in Maine against the State of Maine's Vocational Rehabilitation agency. My reason was that I had communicated and asked for services 15x by email in 7 months with **no response**. And the person not responding has the title "DIRECTOR, Maine Vocational Rehabilitation."

19. That 7 months of failure to communicate to me as a disabled person and lawyer who wants to build a disability law practice in the First Circuit represents "deliberate indifference," which is a kind of **disability discrimination** recognized under the **ADA, Title II**. Straw v. State of Maine, Vocational Rehabilitation, 1:25-cv-00350-JAW-KFW (D.Me.)

20. Here, the situation is far worse. I regularly write to the IADC to ask them to ask this Court to end the suspension. IADC offered me Disability Status before without any sanction, so it should stand up for me now. **I get no response.** I write to other officers of this Court asking for help. **No response.**

21. And in the OFFICIAL DOCKET of my suspension here, I asked for relief so many times (17 pages of entries in 8 years, 5 months) after my suspension was up and my costs were paid!

22. Just the 4 years since my costs were paid (from my Biden stimulus in 2021), this Court has had no reason to keep me suspended, many docket entries from me, and no ORDERS from this Court whatsoever.

23. A **$500 paywall** is an abuse that blocks me from communicating with this Court, my former employer, using the efile system and asking relief from this bogus and abusive sanctions case.

24. It's not just my opinion. VSB called this "a drive-by shooting." Straw v. LinkedIn, **Dkt. 22-21**, You cannot just ignore when a sister

state says something like that 8 years ago and let it just go on and on and on and on.

25. I was injured working for the **CHIEF JUSTICE OF INDIANA**.

26. My Camp LeJeune disabilities were forced out of me to be eligible to take the Indiana bar exam, which *I passed* while working for the former **CHIEF JUSTICE** and providing <u>services to every court in the state</u>.

27. If you challenge that, go ahead and try. What I write in court documents is true and correct and under oath.

28. This Court did an entirely internal attack on me using its officers, all under the control of Loretta H. Rush, who is biased because of Mr. Swaynie against people with schizophrenia like I have and the Court knows about.

29. This started in this Court's ADA coordinator's office after referral from the Clerk of Court. Then, it went to IADC, also under Rush's supervision. Then Rush appointed a hearing officer. Then Rush wrote the opinion without a single word on mitigation. The whole damned thing is mitigation. The attack on me attacked my RIGHT to the federal courts without **any interference at all**. That's

a FIRST AMENDMENT RIGHT. This Court violated that right of mine.

30. None of my presiding judges wanted a sanction from this Court; they didn't make an IADC complaint. None of my 50+ opposing counsel asked this Court to sanction me. None of the 50+ defendants I had asked this Court to sanction me.

31. So where you get off doing this internal hit job on your disabled former employee? There is a reason VSB compared this to a crime, a "drive-by shooting." Because these sanctions on me are wholly without merit and those who imposed it are unethical criminals who violate my civil rights.

32. 18 U.S.C. §§ 242, 1503(a). And you used the wires to promulgate it. RICO.

33. You can't just <u>not respond</u>. You can't just <u>refuse to give me services</u> after doing this to me and after my sacrifices to your court. Aren't you at all ashamed?!

34. Not acting on my filings here is *deliberate indifference* under ADA Title II and this Court needs to pay me damages.

35. I have a lawsuit in Virginia against Indiana precisely because of the abuses I have suffered and the silo effect of this Court being entangled with the 7th Circuit so much that my APPELLEE, James R. Ahler, was also my hearing officer appointed by Rush. And the 7th Circuit HIRED HIM as a federal judge during my appeal and then favored him with nonsense law. So much entanglement that it is obvious the 7th Circuit's ban on my being able to use the federal courts (17-1338, **Dkts. 79, 80, 81, 82**) is because of the special relationship between Loretta Rush and judges on that U.S. Court of Appeals. Ahler has such relationships too, like clerking for my panel members without saying anything and clerking for the former chief judge of the 7th Circuit and not saying anything when I appealed and he was my opposing appellee, along with this Court.

36. <u>Straw v. Lanier, Virginia State Bar, & Indiana</u>, CL24003538-00 (Richmond City Cir. Ct.)

37. Not communicating after my suspension time has been up in August 2025 for *8 years* and my *costs paid 4 years ago* is "deliberate indifference." This Court is **continuously denying me its services** in violation of Title II of the ADA.

38.     In fact, in all the cases where I asked for this Court to do a merits decision on appeal, this Court refused that service to me. **Every single time.** You know I am right, so you **close your court** so you **don't have to hear me**.

39.     The federal courts that favor Indiana and its state courts do the same thing. They get tired of hearing the truth from me, so they **trot out the word frivolous** and close their courts.

40.     This is not how courts are supposed to act. And I document it over the years.

41.     http://all.andrewstraw.com

42.     I have offered my views on how courts and judges should act. I frame it as principles of a good Chief Justice of the United States and a new federal law to protect all constitutional rights, not just the few that the courts will deign to entertain in their **haughty highness and favoritism, with entanglement**:

43.     http://chief.andrewstraw.com

44.     http://bivens.andrewstraw.com

45.     This sanction case is the only time I have ever had a merits decision from this Court and **it was wrong and discriminatory**.

Wrong just like the 9-0 shellacking this Court had on the 8th Amendment, the **BILL OF RIGHTS**, in Timbs v. Indiana, 586 U.S. 146 (2019).

46. The $500 fee to get your attention is part of the scheme to deliberately be indifferent to injuries this Court has caused me as a disabled person.

47. This Court acts in violation of *nemo judex in causa sua* because **I was your employee**. I worked for the CHIEF JUSTICE and was INJURED driving to your Court to work.

48. So, I know this Court will keep deliberately being indifferent to my filings and my plight, but I won't let this go. I will never let it go.

49. Your dishonest victories over me because you control, with your cabal, both the highest court in Indiana AND the federal courts above you do not make you right. I will never allow you to say you did this to me and it was right. It was never right and it was retaliation. Refusing to communicate and make your wrongs right is must more of the same.

50. This Court owes me for the $400,000 in personal bone injuries I lost because Indiana didn't require the reckless driver to have $500,000 in insurance, and that is what my lawyer said I lost. He said any jury would give me $500,000 but because Indiana insurance laws only required $100,000, I just had to eat this damage. $400,000, about **4x the salary I earned** working for your Court over 23 months.

51. Be ashamed that I suffer from this loss as a kind of privilege fee for working for your court and being an outstanding employee, not a bad one. Ask Frank Sullivan, Rush's predecessor. I put Justice Sullivan's letter to me after my car accident as the front page of my CV: www.andrewstraw.com

52. I will never forget my sacrifice and neither should you.

53. I was an exceptional employee for your Court and I am not ashamed of the work I did there.

54. I created a WISH LIST OF APOLOGY for people who injured me. (**Exhibit 1**) It includes Rush and Shepard. I attach it so you can see that I should be paid the $400,000 in injury that was

uncompensated **working for you**. I address the Court as an institution, a collective "you" because I worked for all of you.

55. I should not even have to ask, but I do ask because power only yields when a demand is made.

56. The lack of communication for 8 years behind this discriminating and violative paywall is compensable also. I would say $1 million worth of discrimination, just like in *Barnes v. Gorman*, 536 U.S. 181 (2002). State courts are covered by Title II of the ADA and the U.S. Supreme Court explained why in *Tennessee v. Lane*, 586 U.S. 509 (2004).

57. The $500 paywall to get services is more than ==*3x* the $157 cost== of filing a civil suit in Indiana. It is irrational and discriminatory to make reinstatement and consideration of my many filings depend on such a high and unreasonable fee.

WHEREFORE, I so depose these facts. This Court in hiding behind the $500 paywall that is more than **3x the cost of filing any civil action** in this state is acting with deliberate indifference, institutionalized, fossilized in a court regulation that excludes me. That's an ADA Title II violation and I want to make official notice of it to this Court causing this injury.

I so depose and say nought further.

I, Andrew U. D. Straw, verify that the above statements and conclusions are made in good faith, are true and correct under penalty of perjury, and I arrived at them after inquiries reasonable under the circumstances. July 10, 2025

Respectfully,

*Andrew U. D. Straw*

s/ Andrew U. D. Straw (23378-53)
9169 W STATE ST #690          (847) 807-5237
Garden City, ID 83714          andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I have submitted the above **NOTICE OF ADA VIOLATIONS** and **1 EXHIBIT** to the Clerk of the Supreme Court of Indiana via E-File, IEFS, on July 10, 2025. That system also serves Adrienne Meiring, via IEFS at Adrienne.Meiring@courts.in.gov as well as other counsel of record.

Courtesy copies to include:

encneill@oag.state.va.us

mike@simpsoncharnoff.com

zach@simpsoncharnoff.com

Respectfully submitted,

*[signature]*

s/ Andrew U. D. Straw

9169 W STATE ST #690
Garden City, ID 83714
(847) 807-5237

andrew@andrewstraw.com

CV: www.andrewstraw.com

**EXHIBIT LIST**

- EXHIBIT 1 - APOLOGY WISH LIST
- EXHIBIT 2 – DOCKET OF THIS SANCTIONS CASE, 7/9/2025
- EXHIBIT 3 – OAS PETITION
- EXHIBIT 4 – ICC COMPLAINT
- EXHIBIT 5 – FTCA SF-95 FORM