# PETITION FORM

## SECTION I: INFORMATION ON THE ALLEGED VICTIM AND PETITIONER

## 1. INFORMATION ON THE ALLEGED VICTIM(S)

*Please provide information about the person or group affected by the violations of human rights. In the event that there is more than one alleged victim, please create a new profile for each one.*

*Please provide information regarding the close family members of the alleged victim(s) who are likely to have suffered harm as a result of the alleged violation of human rights.*

- 1 -

| | |
|---|---|
| Complete name | ANDREW STRAW |
| Name the alleged victim identifies with | ANDREW U. D. STRAW |
| Gender | Male |
| Occupation | Disability Rights Lawyer and Advocate |
| Nationality | United States |
| Date of birth (dd/mm/yyyy) | 19/03/1969 |
| Mailing address | 9169 W State St 690<br>Garden City, ID 83714 USA |
| Telephone | 18478075237 |
| Fax | N/A |
| Email | andrew@andrewstraw.com |
| Additional information | My case represents disability discrimination by courts, especially in their administrative acts. I was denied the fundamental right to use courts without retaliation or oppression. As a lawyer, I was crushed by the attacks on me that came in direct, immediate response to my using laws like the ADA and RICO to protect disability rights. Given my extremely high level position in the Indiana judicial branch before, I am especially aware of how this kind of corruption and human rights violation happens.<br><br>See:<br>http://mitigation.andrewstraw.com<br>http://frivolous.andrewstraw.com<br><br>Courts in America at the state and federal level misuse the term frivolous to conflate it with losing. There is in fact no objective standard for frivolous and it seems to be used simply to stomp down new civil rights law applications to new factual patterns.<br><br>See:<br>http://all.andrewstraw.com |

| | |
|---|---|
| | http://crime.andrewstraw.com<br>http://disabillity.andrewstraw.com<br><br>I am a victim of Camp LeJeune poisoning but have had no justice. The culprit is US DOJ Civil Division.<br><br>I am a victim of 9/11 toxic dust exposure but have had no justice. The culprit is US DOJ Civil Division.<br><br>I only had 20% justice for my broken bones serving every court in the state of Indiana. The culprit is the same Indiana Supreme Court that now suspended my law license for 8+ years after I was disabled serving the previous chief justice of that state. |
| Alleged victim is deprived of liberty | No |
| Names of the family members and relationship to the alleged victim | Ava Straw and Manu U. D. Straw |
| Gender of family member(s) | N/A |
| Ocupation of family member(s) | University Staff Person |
| Nationality of family member(s) | United States |
| Mailing address of family member(s) | University of Wellington<br>Design Studies<br>Wellington, New Zealand |
| Telephone of family member(s) | N/A |
| Fax of family member(s) | N/A |
| Email of family member(s) | ava.straw@vuw.ac.nz |
| Additional information | My children, Ava and Manu, have suffered many years of deprivation of myself as a parent because I was punished with poverty and humiliation in the United States by courts both state and federal. |

## 2. INFORMATION ON THE PETITIONER

Please provide information about the person or group that is submitting the petition. In the event that it is a civil society organization, include the name of the designated persons(s) who will receive communications. If there is more than one organization or person, please create a new profile for each one.

In certain cases, the Commission can keep the identity of the petitioner confidential, if expressly requested along with presenting the respective reasons (Art. 28.2). This means that only the name of the alleged victim will be communicated to the State if the IACHR decides to process your petition.

While it is possible to keep the petitioner's identity confidential, the processing of an individual petition requires that the alleged victim's identity be revealed (person, persons, group). In exceptional cases the Commission may restrict the alleged victim's identity from the public in the published documents, for example by substituting the complete name with initials or a pseudonym. The request to restrict the identity of the alleged victim must be made to the Commission with a statement of reasons.

In cases where the alleged victim and the petitioner are the same person and you wish to restrict the identity of the person in his/her capacity as petitioner, the petition must be written in the third person. An example of this would be: "the alleged victim claims that..." (and not "I was a victim of...").

| Include the person completing this form as a petitioner? | Yes |
|---|---|

| Complete name | Andrew U. D. Straw |
|---|---|

| | |
|---|---|
| Organization | Andrew U. D. Straw, Esq. |
| Acronym of Organization | AUDSE |
| Nationality | United States |
| Mailing address | 9169 W State St 690, Garden City, ID 83714 USA |
| Telephone | 18478075237 |
| Fax | None |
| Email | andrew@andrewstraw.com |

| | |
|---|---|
| Reserve identity of petitioner? | No |

*If checkbox is selected to keep petitioner identity confidential, please explain:*

No, I want this to be very public because courts are even more vicious when they can hide what they do.

## 3. IS YOUR PETITION RELATED TO A PREVIOUS PETITION OR PRECAUTIONARY MEASURE?

| | | |
|---|---|---|
| Have you previously submitted a petition to the Commission concerning these same facts? | No | |

| | | |
|---|---|---|
| Have you submitted a request for precautionary measures to the Commission concerning these same facts? | No | |

## SECTION II - FACTS ALLEGED

### 1. MEMBER STATE OF THE OAS AGAINST WHICH THE COMPLAINT IS SUBMITTED:

United States

### 2. THE FACTS ALLEGED

*Provide, in chronological order, an account of the facts alleged that is as thorough and detailed as possible. In particular, specify the place, the date, and the circumstances in which the alleged violations occurred. As a reminder, your petition must be presented in the language of the country involved. If this is not possible, please explain.*

American Courts both state and federal have denied me the right to use their courts without retaliation and abusive words like "frivolous" even when I am a lawyer and I never present any case without fact and law to back up the case. I don't file lawsuits to harass others. I file them to get justice when my disability or other civil rights are violated.

I have lost my Indiana law license and 4 U.S. District Court law licenses to these kinds of abuses. The easiest way for me to explain the factual situation is to provide URL lilnks to documents that describe my issues.

I made a wish list of apologies that make for good reading to begin to understand how I was excluded from courts that owe me for my past service.

https://www.academia.edu/130420126/APOLOGY_WISH_LIST

My grievances with my former employer are also mandatory reading to understand what happened to me as a disabled lawyer, especially in the American Midwest but also elsewhere:

https://www.academia.edu/130420632/Indiana_Supreme_Court_MOTION_FOR_RECUSAL_RE_ANDREW_U_D_STRAW

https://www.academia.edu/130420755/Indiana_Supreme_Court_PETITION_TO_REINSTATE_INDIANA_LAW_LICENSE_OF_ANDREW_U_D_STRAW

See also these federal court filings that explain the abuses of frivolous and the failure to consider mitigating facts in attacking me.

https://www.courtlistener.com/docket/70580597/6/1/straw-v-university-of-maine/

https://www.courtlistener.com/docket/70580597/6/2/straw-v-university-of-maine/

I am disabled from the crimes and misdemeanors of others.
I am a Camp LeJeune toxic water victim without justice.
I am a 9/11 toxic dust victim without justice.
A reckless driver broke my legs and pelvis as I drove to the Indiana Supreme Court to work and that court has discriminated against me ever since. Courts both state and federal have attacked my disability rights work and close themselves to me. The 7th Circuit actually HIRED my appellee as a federal judge with my appeal open and then invented nonsense law to favor their new judge appointment in 2017. When I objected to the ethical violations and conflicts, I was punished.

http://ca7.andrewstraw.com
http://crime.andrewstraw.com
http://disability.andrewstraw.com
http://ban.andrewstraw.com
http://bernacchi.andrewstraw.com
http://dueprocess.andrewstraw.com
http://frivolous.andrewstraw.com
http://mitigation.andrewstraw.com

The violations of my right to use the courts without retaliation and abuse led me to propose legislative changes and judicial policy changes that would reverse that kind of violation in the future and reform America's courts to follow the human right of court access without abuse.

See:
http://chief.andrewstraw.com
http://bivens.andrewstraw.com

My CV and profile and "Court Reform Through Winning and Losing" documents provide more perspective.

CV: www.andrewstraw.com
Profile: http://profile.andrewstraw.com

## 3. AUTHORITIES ALLEGEDLY RESPONSIBLE

*Identify the person(s) or authorities who you consider responsible for the facts alleged and provide any additional information as to why you consider the State responsible for the alleged violations.*

Indiana Supreme Court, especially Chief Justice of Indiana Loretta H. Rush
U.S. Courts, including especially the 7th Circuit but also others
U.S. Supreme Court for doing absolutely nothing to stop the violation of the right to use courts without retaliation and abuse

I asked the ABA to collect data on disability in law school admissions like they do gender and race and this very mild request became part of my suspension in Indiana. Indiana Supreme Court bans all disabled people from being active lawyers. See: http://ban.andrewstraw.com

US DOJ has conspired to deny me justice many times, including with my Camp LeJeune claims, my VCF 9/11 toxic dust injury claim, and the absolute and total refusal to pursue any Americans with Disabilities Act complaints I have made over the last 15 years. I have been shut out from justice and this left me on a poverty income SSDI benefit instead of having justice and honor for my work and suffering.

## 4. HUMAN RIGHTS ALLEGEDLY VIOLATED

*Indicate the rights that you consider have been violated. If possible, specify the rights protected by the American Declaration of the Rights and Duties of Man, the American Convention on Human Rights, or the other inter-American human rights treaties. Consult inter-American human rights instruments on our web page.*

1. the right to use courts without retaliation and abusive language like overuse of the term frivolous when it doesn't apply
2. the right to courts making factual findings that are true and not bending over backwards to make false findings of fact without a jury
3. the right to use courts without those courts becoming conflcted and entangled with opposing parties and opposing counsel.
The 7th Circuit HIRED MY APPELLEE with my case open. That represents the worst violation of nemo judex in causa sua. Courts are not allowed to HIRE opposing parties or opposing counsel. Court staff are not allowed to be hired by opposing parties and opposing counsel. These violations happened over and over and over to me.

I am a Camp LeJeune toxic water poisoning victim. I have not seen justice. The federal government has opposed my justice wrongly. My family and I have over $157,000,000 in claims but we have been delayed and denied for over 10 years.

I am 9/11 toxic dust victim. US DOJ's Civil Division which opposes my family's Camp LeJeune compensation said NO. The settlement master said I had not proven presence or injury and I proved both. There was no contrary evidence. I was denied due process.

All of the unfair denials of justice point back to two fundamental rights. The right to petition courts a la the First Amendment. And, the right for courts to be fair and honest and not cheat by entangling with my opponents and favoring them.

Without these rights, courts are just fake puppets of favored cabals. This needs to change. It needs to be challenged and rejected and those responsible need to be accountable. If I am treated this way after my service and sacrifice, no disabled person has any expectation that courts will both open and fair, fora where disputes are decided rather than places where judges favor one side and spit on the other with words like frivolous. The word frivolous closes courts and creates victims. No court even needs to use the term to operate, ever. GRANTED and DENIED are enough. Frivolous simply weaponizes the courts to inflict injury on the disfavored. It needs to stop.

## SECTION III - LEGAL REMEDIES PURSUED TO RESOLVE THE FACTS ALLEGED

*Describe the actions pursued by the alleged victim(s) or the petitioner before judicial bodies. Explain any other remedy pursued before domestic authorities, including administrative agencies, if any.*

See the allegations in Section iI.
http://all.andrewstraw.com lists hundreds of ways I have tried to defend my right to use the courts without retaliation or the courts somehow becoming entangled with my defendants and opposing counsel.

*If it has not been possible to exhaust domestic remedies, choose from the following options the one that best explains why it was not possible:*

Domestic laws do not ensure due process for the protection of the rights allegedly violated
Access to domestic remedies has not been permitted, or exhausting them has been impeded

*Please explain the reasons*

> The right to petition a court is a First Amendment right and it is not enforced. Once the word frivolous is abused by a judge, the right to petition and make arguments with facts is abandoned. These abuses of frivolous close the courts and it happened to me over and over again. The right to have court that is not entangled with opposing parties and counsel is also a fundamental "DUE PROCESS" right under the Fifth Amendment and it too is not enforced when there is a favored party or a disfavored party who will be excluded from the courthouse and justice.

*Indicate whether there was a judicial investigation. Indicate when it began, when it ended, and the result. If it has not concluded, indicate why.*

> NO investigation has ever punished court closures and lack of hearings and abuses of frivolous, all the kinds of court closures that have afflicted me. The 7th Circuit has even imposed a $1,000 fine and a court filing ban because I won't drop the fact that that U.S. Court of Appeals hired my APPELLEE, James R. Ahler,, and made him a federal bankruptcy judge for 14 years with millions in salary and benefits.
>
> I am disfavored. There is no court mechanism to help me when the U.S. Supreme Court routinely, exclusive DENIED my demands for writ of certiorari. It happend 14x in my case for various aspects of these court closures and abuses.
>
> See:
>
> https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

*If applicable, indicate the date of notification of the final decision of the competent court.*

> See:
> http://all.andrewstraw.com
> http://ca7.andrewstraw.com
> http://dueprocess.andrewstraw.com
> http://frivolous.andrewstraw.com
> http://mitigation.andrewstraw.com
> http://ban.andrewstraw.com

## SECTION IV - AVAILABLE EVIDENCE

### 1. EVIDENCE

*The available evidence includes any documents that may prove the violations alleged (for example, the principal pleadings and exhibits in judicial or administrative records, expert reports, forensic reports, photographs, and video or film recordings, among others). In the initial stage it is not necessary to send all the available documentation; it is useful to present the decisions and principal pleadings.*
*• If possible, upload an electronic copy to this form or send a simple copy. The copies do not need to be certified or legally authenticated.*
*• Please do not send originals.*
*• If it is not possible to send the documents, you should explain why and indicate whether you will be able to send them in the future. In any event, you should indicate which documents are relevant to proving the facts alleged.*
*• The documents should be in the language of the State, so long as it is an official language of the OAS (Spanish, English, Portuguese, or French). If this is not possible, the reasons should be explained.*

| LAW LICENSE REINSTATEMENT PETITION | PETITION_REINSTATE_DISABILITYSTATUS_06102025-submitted.pdf | 225 Kb |
|---|---|---|
| MOTION FOR CHIEF JUSTICE OF INDIANA TO RECUSE FROM LAWYER DISCIPLINE CASE | MOTION-RECUSE-RUSH-ETAL-06112025.pdf | 367 Kb |
| PETITION FOR CERTIORARI, U.S.SUPREME COURT, 17-8005, WRONGLY DENIED | SCOTUS_MOTION_PETCERT_2018.pdf | 1156 Kb |

| | | |
|---|---|---|
| ICC COMPLAINT 26JUNE2025 | ICC-COMPLAINT-CONFIRMATION-06262025.pdf | 809 Kb |
| LAW REFORM BY WINNING AND LOSING - Litigation History of Andrew U. D. Straw | AndrewStrawALLCASES_07092025.docx | 18151 Kb |
| NATIONAL PROPERTY EXPERT DOUGLAS BERNACCHI SUPPORTING STRAW | Letter of Recommendation for Andrew Straw.pdf | 40 Kb |
| INDIANA SUPREME COURT REFUSAL TO RESPOND TO STRAW'S SCOTUS PETITION FACTS AND LEGAL ARGUMENTS, 17-8005 | INDIANA SUPREME COURT RESPONSE Waiver 17-8005 SCOTUS.pdf | 114 Kb |
| FRIVOLOUS ABUSE EXPLAINED IN STRAW v. UNIVERSITY OF MAINE COURT CASE | EX1 - frivolouslaw-Dkt6-1.pdf | 156 Kb |
| MITIGATION FAIL EXPLAINED IN STRAW v. UNIVERSITY OF MAINE COURT CASE | EX2 - mitigation-Dkt6-2.pdf | 977 Kb |
| DUE PROCESS FAILURES EXPLAINED | dueprocess.pdf | 202 Kb |
| DISABILITY PARTY ARTICLE BY ANDREW U. D. STRAW "Disability Law Reform Awakens the Beast: Court Corruption & Retaliation" | DPArticle2022.pdf | 478 Kb |
| APOLOGY WISH LIST - DRAFTED BY ANDREW U. D. STRAW ABOUT THOSE WHO ABUSED HIM, 7/5/2025 | APOLOGY WISH LIST.pdf | 145 Kb |
| PROFILE OF ANDREW U. D. STRAW | profile.pdf | 466 Kb |
| CV OF ANDREW U. D. STRAW | CV.pdf | 839 Kb |
| EXPLANATION OF HOW ANDREW U. D. STRAW IS A CRIME VICTIM | crime.pdf | 136 Kb |
| DISABILITY STATEMENT OF ANDREW U. D. STRAW | disability.pdf | 687 Kb |
| CPA "ASYLUM SEEKER" LETTER FOR ANDREW U. D. STRAW FROM PHILIPPINES DOJ | cpa.pdf | 279 Kb |
| USCA7 CASE HISTORY | ca7.pdf | 67 Kb |
| MOTION FOR DAMAGES, NOT ALLOWED TO BE FILED, INDIANA SUPREME COURT | MOTION-DAMAGES-DISABILITYSTATUS-06232025-f.pdf | 108 Kb |
| INDIANA SUPREME COURT SANCTION ORDER, Straw v. LinkedIn, 7:22-cv-7718 (ND Cal. 2023) | Ex20_SanctionORDER_ISC-f-Dkt22-20.pdf | 134 Kb |
| BERNACCHI OPPOSITION TO INDIANA SANCTION OF ANDREW U. D. STRAW, PROPERTY RIGHTS DISCUSSION, Straw v. LinkedIn, Dkt. 22-22 | Ex22_Sworn Expert Opinion DAB-f-Dkt22-22.pdf | 207 Kb |
| VIRGINIA STATE BAR REJECTION OF INDIANA SUPREME COURT SUSPENSION OF ANDREW U. D. STRAW, "DRIVE-BY SHOOTING", Straw v. LinkedIn, Dkt. 22-21 | Ex21_Straw.VSB.Order.DISMISS-f-Dkt22-21.pdf | 326 Kb |
| MOTION AND AFFIDAVIT TO REMOVE BIASED JUDGE, DENIED IN AVVO CASE | MOTION_AND_AFFIDAVIT_28USC144_Straw_v_Avvo_10052021wa_Dkt65.pdf | 127 Kb |
| USCA7 ANNOUNCEMENT OF HIRING MY APPELLEE, JAMES R. AHLER, WITH MY APPEAL AGAINST HIM STILL OPEN | 2017_appt_Judge_Ahler HIRING BY CA7.pdf | 36 Kb |
| PETITION BY ANDREW U. D. STRAW TO LIFT THE COURT FILING BAN AND REMOVE THE $1,000 FINE | PETITION_LIFTBAN_LIFTFINE_05272023-Dkt81.pdf | 204 Kb |

| | | |
|---|---|---|
| SEVENTH CIRCUIT'S REFUSAL TO STOP BANNING STRAW FROM USING FEDERAL COURTS AND REFUSAL TO LIFT THE FINE, WITH NO GOOD REASON PROVIDED BUT "FRIVOLOUS" ABUSED, AGAIN | ORDER_DENY_Dkt82.pdf | 112 Kb |

## 2. WITNESSES

*Identify, if possible, the witnesses to the alleged violations. If those persons have given statements to the judicial authorities, send, if possible, a simple copy of the witness statements or indicate whether you will be able to send them in the future. Indicate whether it is necessary to keep the identity of the witnesses confidential.*

Andrew U. D. Straw
Douglas Bernacchi
Paolo Franco, Virginia State Bar (recommended no sanction against Straw when Indiana was abusing him with sanctions)
Many others

## SECTION V - OTHER COMPLAINTS LODGED

*Please indicate whether these facts have been presented to the Human Rights Committee of the United Nations or any other international organization:*

Yes

*If yes, indicate which organization and the results obtained:*

I presented many of these facts in my ICC complaint in June 2025.

*Additional information (use this space for any additional information you consider necessary)*

Every disabled lawyer should be presumed not to be bringing frivolous lawsuits and abuse of that term "frivolous" by judges merits its being removed from the power of federal and state judges to use.

FRIVOLOUS has been used to allow courts to close themselves to me, even at the U.S. Court of Appeals level.
FRIVOLOUS is used to abuse civil rights arguments under the Americans with Disabilities Act in my case.

Disabiltiy rights have no solid foundation in the USA and courts will close themselves even to a civil rights leader like myself to oppose these statutory and constitutional rights.

There is no judicial branch if courts allow themselves to HIRE parties before them and make them into federal judges. The brazen and public way this was done reveals the absolute impossibility of getting relief for such violations of fundamental court rights.

VIOLATED:

DUE PROCESS RIGHTS
RIGHT TO PETITION AND GET A MERITS DECISION
THE RIGHT TO TRUTH IN FINDINGS
THE RIGHT NOT TO EXPERIENCE RETALIATION JUST FOR BRINGING A CASE AND LOSING WITHOUT ANY SANCTION IN THE PRESIDING COURT

SIGNATURE : andrew@andrewstraw.com

DATE : 09/07/2025 06:09 AM