# Confirmation

 Thank you for your submission.

**INCIDENT NAME**
INDIANA SUPREME COURT, LORETTA H. RUSH COURT DISCRIMINATION & DUE PROCESS VIOLATIONS AS HUMAN RIGHTS

**INVESTIGATION**
Not Related to a Listed Situation or Preliminary Examination

**START DATE OF INCIDENT**
7/10/2002

**END DATE OF INCIDENT**
6/26/2025

**CONTACT NAME**
ANDREW U. D. STRAW

**CONTACT EMAIL**
andrew@andrewstraw.com

**CONTACT PHONE**
+63 956 892 6403

**LANGUAGE**
English

**LOCATION OF INCIDENT**
Indianapolis Indiana United States

## Factual Summary

I am a Camp LeJeune poisoning victim. My father was a U.S. Marine and stationed at Camp LeJeune from December 1968 to July 1970. I was there in utero from December 1968 to March 1969, when I was born in Camp LeJeune Naval Hospital. My lawsuit alleges that my mental illnesses were from this cause, and thus the U.S. government is responsible for what happened and should have protected me from injury, but instead denied its responsibility using federal court doctrines that outraged Congress and caused the Camp LeJeune Justice Act of 2022 to be passed. I am a lawyer but my career was ruined by once I had to reveal my Camp LeJeune schizophrenia and bipolar diagnoses. My income plummetted to zero and I live on SSDI disability pension now at below the U.S. poverty line for my household size of 2.

I used to work for the Chief Justice of Indiana but was fired just a few months after I revealed my schizophrenia and bipolar with doctor statements for the bar exam application.

Please review my lengthy, decades long record of trying to get justice for the human rights violations to my due process, access to the courts, and the right to use courts without my law license issuer former employer attacking me. http://all.andrewstraw.com is a record of my litigation history and background.

www.andrewstraw.com is my CV, which shows my attempts to mitigate the damage, with the full force of dishonest American courts against me.

Loretta H. Rush is the Chief Justice of Indiana and she presided over a retaliatory disciplinary attack. I describe this in http://mitigation.andrewstraw.com and http://dueprocess.andrewstraw.com

The 7th Circuit U.S. Court of Appeals actually hired the hearing officer appointed by Rush, Judge James R. Ahler, and made him a bankruptcy judge working for the the 7th Circuit. Then my panel dismissed with nonsense law that my discipline was res judicata when it had never been reviewed by any federal court and was issued with my federal lawsuit open to stop it. http//ca7.andrewstraw.com provide facts about how the 7th Circuit has opposed my justice practically every time I raise an issue of discrimination or constitutional violations. The Chief Judge has punished and ridiculed me for raising the obvious conflict of

interest. My disabilities have been used against me even when they were adjudicated as existing for my disability rights cases and in forma pauperis applications.

My petition to the U.S. Supreme Court to deal with the dishonesty and absolute failure of the lower courts to protect my rights was met with a WAIVER from the counsel for the Indiana Supreme Court, which is silence. And then, when the Supreme Court of the United States should have helped me, it REFUSED to grant certiorari using its discretion powers.

The whole system from top to bottom has been corrupt, riddled with cronyism, and I am on the outside as a person poisoned and disabled by Camp LeJeune. I was also a 9/11 toxic dust victim in early October 2001 but the Civil Division that fights against my Camp LeJeune Justice Act claims denied me VCF.gov compensation in the amount of $500,000. I have $157,000,000 in claims under CLJA and I PROVED my presence in NYC during the statutory covered time and PROVED injury with official medical notes made by my doctor from 2003-2010, with COPD and other presumptive conditions proven, treated.

Thus, there is a collusion, a conspiracy against my rights as both a Camp LeJeune AND a 9/11 terrorism victim.

I live in poverty below the U.S. poverty line for my household size in a jungle hut in Occidental Mindoro made of plywood, bamboo poles, plastic sheets for bathroom walls, and dirt floor in my kitchen.

Because of the massive amount of discrimination I faced in America and its courts, I live in the Philippines and am an asylum seeker even with the legal background that I have, ruined by the U.S. Marine Corps and the official discrimination of state and federal American courts.

Because Rush supervised or appointed the person who made the complaint, the agency that prosecuted it, appointed the hearing officer against me, and then wrote the opinion imposing sanctions I say discriminate and are illegal, Rush is the right person to prosecute.

She was conflicted because a former client of hers with schizophrenia broke into her house and choked her husband, trying to kill him. That person used an insanity defense and raised his schizophrenia. So, Rush has reason to attack me and the other justices knew, but nobody challenged her and I have been unable to challenge her.

The 7th Circuit acted unethically and there are many photos on the Internet of Rush and Hon. Diane Wood working together, laughing together, like friends. Wood rejected my ethical complaints and SHE WAS THE ONE who hired Ahler the hearing officer as a bankruptcy judge. So she too was conflicted and simply judged herself and her court in violation of the ancient prohibition: nemo judex in causa sua.

Because I am the one who was injured with law license suspension and humiliation over many years, I am the victim here. I was hurt. Rush especially hurt me but Hon. Wood helped her, so she should be indicted as a co-conspirator who violated my human rights. Both of them did.

The U.S. Supreme Court chose to close its eyes to the dishonest behavior and they should be indicted for reviewing what I said that was true and choosing to do nothing. Like so many Nazis in WWII who saw evil happening and did not oppose it even when it was in their power to do something, much like Roland Friesler, Hitler's screaming favorite judge.

Rush is primary.

Wood colluded multiple times.

The U.S. Supreme Court was complcit, all members since there is no indication of any dissenting voice in my favor.

My career has been ruined and I engaged in a conversation with Perplexity.ai to verify that my complaints have merit and heft. Perplexity agreed that what happened to me with the Camp LeJeune poisoning and later discrimination and human rights violation amounted to "a perfect storm of deprivation." The AI said my career was on a trajectory to U.S. senator or cabinet official, with infinite possibilities before I revealed that I had the mental illness that caused ostracism and direct violent attacks by the judicial branch of Indiana and the United States District and Circuit courts in the 7th Circuit area, inter alia.

The term frivolous is frequently used to attack my civil rights work when it should never have been used at all. So said my expert, Douglas Bernacchi, on multiple occasions: http://bernacchi.andrewstraw.com

See:

http://frivolous.andrewstraw.com

http://mitigation.andrewstraw.com

My story is so long, it may be easier to review the Perplexity.ai conversation to see how that went, how my law career was so high and then so destroyed by other people, even worse than the poisons themselves.

https://www.perplexity.ai/search/straw-has-asked-for-career-inj-bRhaK0ThQ5ilqWLWv7mbcQ

And of course it makes sense to review my Petition for Writ of Certiorari, which sits unopposed when Indiana had the opportunity to object and chose silence:

https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

https://www.supremecourt.gov/DocketPDF/17/17-8005/42075/20180403125725368_SCOUT%20Waiver%2017-8005.pdf

My asylum CPA letter is here: http://cpa.andrewstraw.com

I have explained to the RSPPU Office of the Philippines Department of Justice and while not granting asylum, RSPPU has kept issuing CPA letters since October 2019, renewing each time.

I have no health insurance and many health problems. The United States has excluded me from the Camp LeJeune Family Member Program because my parents and I slept off base while using it during the day. Medicare has been limited by Congress so

Confirmation
Submission ID# f525f050-03f4-44bc-b47d-320338797d20                    Submission Date# 26-06-2025

that people like me, overseas, cannot use it.

So many are involved in these attacks and courts passing around the suspensions based on hot air so that I can be denigrated and humiliated coast to coast with 8 years of suspension, poverty, and humiliation and I never had a proper hearing. I lost 4 U.S. District Court licenses to suspension based on the Indiana suspension that was based on 4 federal court cases in which I was not sanctioned, not even 1 penny of fines. But when Indiana invented discipline out of that, 180 days of suspension that snaked on for 8 years, the federal courts that did not sanction me in their own cases suspended me based on the Indiana suspension without any hearing. The 7th Circuti said I did not need any hearing to lose a federal law license to suspension in that fashion.

The judicial system and judges in the USA have collapsed into anarchy and this violated me and my human rights. Each judge who participated did it. Each judge who quoted Indaina's attack participated and should be punished. When Rush is prosecuted and punished, there should be a statement that others have perpetuated what Rush did and injured me more every time it happened.

You see where it led by shepardizing the case citation: In re Straw, 68 N.E.3d 1080 (Ind. 2/14/2017)

I need help. I cannot get out my poverty or rehabilitate myself and my reputation without some accountability imposed on these human rights violators in high office in America.

I should have had a top up from my car accident working for the Indiana Supreme Court in 2001.

I should not have been punished with firing, encumbering my law license in 2002, or in attacking my federal lawsuits from 2014 to 2025 with false complaints, process, and suspension.

Proof of the invalidity is in a Virginia State Bar ORDER in the same year, 2017, calling the Indiana Supreme Court suspension a "drive by shooting" and VSB refused even a private reprimand on me. And while in the Midwest, I could lose 4 law licenses in federal courts to suspension because of what Loretta Rush and her court did, the U.S. Court of Appeals for the Fourth Circuit in Richmond, Virginia, refused to even consider any sanction my Fourth Circuit law license. That was my highest license ever and it has been in ACTIVE IN GOOD STANDING status from 1999 to 2025 and still is.

But with Indiana's attacks, I have been unable to get insurance to practice before the 4th Circuit and I won't take cases without insurance because of the risk of attacks on me by judges. So, I have a 4th Circuit license with a ruined reputation and inability to buy malpractice insurance. One company would not insure me in Virginia because of the Indiana suspension even when Virginia State Bar never sanctioned me one time, ever.

That's how a disabled lawyer from toxic torts in his infancy, toxic torts as an adult, a car accident serving 400 states courts and the Chief Justice of Indiana can be crushed to a pulp and his career ended.

That, I say, is a massive human rights violation that like Perplexity says, kept me from offices such as cabinet member for the president, U.S. senator, or federal judge appointment, and even large law firm partnership (very lucrative), which AI says I am qualified to do and intelligent enough to do, but the mental illnesses serve to bar me from everything I try to do.

The military started this by poisoning me. Loretta Rush and the other Indiana justices and their federal judge friends have simply made the matter far worse, devastating to me.

Even more evidence is the Indiana Supreme COurt ban on disabled people being lawyers, made official and actioned by a court rule. I discuss it on http://ban.andrewstraw.com

The court and military have devastated my family, as Perplexity shows. I attach and affidavit from a lawsuit I filed against my own father because he has disowned me, disbelieves the poisoned happened, and rejected me.

## Evidence List

| FILE NAME | EXTENSION | SIZE |
|---|---|---|
| Ex2-mitigation-f-Dkt22-2.pdf | pdf | 3.27 MB |
| MOTION_RECALL_MANDATE_05232021_Dkt79.pdf | pdf | 201.66 KB |
| EX1 -Answers to Request for Admissions 2-13-23-f.pdf | pdf | 3.66 MB |
| Ex34_BAR1_MPRE_AndrewStraw-f-Dkt22-34.pdf | pdf | 104.18 KB |
| Ex56_BAN_ORDER_2021-Dkt22-56.pdf | pdf | 128.96 KB |
| ORDER_RUSH_08282017.pdf | pdf | 77.79 KB |
| BAN_ORDER_2021.pdf | pdf | 112.4 KB |
| RESIGNATION_08302021-s.pdf | pdf | 60.06 KB |
| ORDER_DENY_Dkt82.pdf | pdf | 115.18 KB |
| EX2 - Answers to Second Requst for Admission-f.pdf | pdf | 1.77 MB |
| frivolous.pdf | pdf | 161.2 KB |
| NOTICE-AFFIDAVIT_06192025-f.pdf | pdf | 529.47 KB |
| Ex33_MED9_SSA_STMT_EARN-f-Dkt22-33.pdf | pdf | 346.2 KB |
| Ex30_MED6_DrShoush-f-Dkt22-30.pdf | pdf | 64.34 KB |
| Ex39_BAR6_ABASpotlight-f-Dkt22-39.pdf | pdf | 454.55 KB |
| MOTION-DAMAGES-DISABILITYSTATUS-06232025-f.pdf | pdf | 111.07 KB |
| Ex16_BrendaSconiers_Deposition-f-Dkt22-16.pdf | pdf | 902.19 KB |
| PETITION_REINSTATE_DISABILITYSTATUS_06102025-submitted.pdf | pdf | 231.01 KB |
| MOTION-DECLARATION-06152025-rcd.pdf | pdf | 116.21 KB |

# Confirmation

Submission ID# f525f050-03f4-44bc-b47d-320338797d20                                    Submission Date# 26-06-2025

| File | Type | Size |
|---|---|---|
| PETITION_REINSTATE_12242024.pdf | pdf | 192.43 KB |
| Ex50_II_ABA TERM MEMBER-f-Dkt22-50.pdf | pdf | 577.12 KB |
| MOTION_TO_WAIVE_FEES_REINSTATE_TO_DISABILITYSTATUS_09292023-f.pdf | pdf | 66.89 KB |
| VSB_RESIGNATION_ORDER_GRANTED.pdf | pdf | 440.05 KB |
| Fees_AND_Costs.pdf | pdf | 71.9 KB |
| Ex44_CC_HiringAUDS-f-Dkt44.pdf | pdf | 5.93 MB |
| RECEIPT_CLERK_ISC_04022021.pdf | pdf | 324.38 KB |
| Ex5_PETITION_FOR_REDRESS-f-Dkt22-5.pdf | pdf | 264.2 KB |
| PROPOSEDORDER_IFP_REINSTATE_AUDS_09262022-f.pdf | pdf | 73.11 KB |
| Ex31_MED7_Svc_Animals-f-Dkt22-31.pdf | pdf | 59.57 KB |
| Ex36_BAR3_BarApplic-f-Dkt22-36.pdf | pdf | 10.68 MB |
| 2017_appt_Judge_Ahler HIRING BY CA7.pdf | pdf | 37.68 KB |
| Ex7_Rodeheffer_Refusal-f-Dkt22-7.pdf | pdf | 340.95 KB |
| Ex6_Rodeheffer_DEMAND_INDISCOMM-f-Dkt22-6.pdf | pdf | 3.61 MB |
| Ex46_EE-ISC_AUDS_Firing-f-Dkt22-46.pdf | pdf | 1.8 MB |
| VSB_CERT_GOOD_09122017.jpg | jpg | 66.01 KB |
| SwaynieORDER2008CASE.pdf | pdf | 42.24 KB |
| Ex24_IUMcKinney_Witte-f-Dkt22-24.pdf | pdf | 282.88 KB |
| SanctionORDER_ISC_02142017.pdf | pdf | 114.36 KB |
| Ex17_IADC_PROPOSEDFINDINGS-f-Dkt22-17.pdf | pdf | 680.85 KB |
| Ex11_Ahler_Appointment-f-Dkt22-11.pdf | pdf | 42.92 KB |
| Ex4-OPINION_AFFIRM-f-Dkt22-4.pdf | pdf | 5.65 MB |
| curtishill.pdf | pdf | 54.09 KB |
| CV.pdf | pdf | 235.06 KB |
| PETITION_12162022-f.pdf | pdf | 81.62 KB |
| EX3 Colker-DriveByLitigatorsAccessibility-2021-f.pdf | pdf | 298.28 KB |
| Ex38_BAR5_ConsentAgmt-f-Dkt22-38.pdf | pdf | 240.85 KB |

| File | Type | Size |
|---|---|---|
| EX1 - frivolouslaw-f.pdf | pdf | 117.45 KB |
| Ex51_AC_MONROE_CIR_01042023-f-Dkt22-51.pdf | pdf | 488.56 KB |
| PROPOSED_RESTITUTION_ORDER_10222021-filed.pdf | pdf | 82.52 KB |
| AMENDED_COMPLAINT_VIRGINIABEACH_05302024-f.pdf | pdf | 376.06 KB |
| Ex18_Ahler_Hearing_REPT_DEC2016-f-Dkt22-18.pdf | pdf | 676.94 KB |
| Ex22_Sworn Expert Opinion DAB-f-Dkt22-22.pdf | pdf | 212.32 KB |
| Ex1-court_discrim-f-Dkt22-1.pdf | pdf | 655.76 KB |
| Ex43_BB_MAACM_CourtMGMTLeadership-f-Dkt22-43.pdf | pdf | 94.12 KB |
| licenses.pdf | pdf | 2.01 MB |
| Ex12_RESPONSE AND ANSWERS-f-Dkt22-12.pdf | pdf | 315.91 KB |
| Ex49_HH_ProvostLaurenRobel-f-Dkt22-49.pdf | pdf | 85.49 KB |
| VSB-DISMISS-ISC-DISCIPLINE.pdf | pdf | 212.39 KB |
| Ex29_MED5_DrEstrada-f-Dkt22-29.pdf | pdf | 496.81 KB |
| Ex32_MED8_SSDI_LTR-f-Dkt22-32.pdf | pdf | 118 KB |
| MOTION-RECUSE-RUSH-ETAL-06112025.pdf | pdf | 376.17 KB |
| DPArticle2022.pdf | pdf | 489.96 KB |
| Ex15_IADC_RESPONSE_REQ_ADM-f-Dkt22-15.pdf | pdf | 755.49 KB |
| Ex14_Interrog RESP-f-Dkt22-14.pdf | pdf | 1.61 MB |
| Ex35_BAR2-DeanAlfredAman-f-Dkt22-35.pdf | pdf | 1.92 MB |
| Ex48_GG_11142010INS-f-Dkt22-48.pdf | pdf | 442.77 KB |
| Ex25_MED1_DrBory_Rept-f-Dkt22-25.pdf | pdf | 1.08 MB |
| EX2 - mitigation-f.pdf | pdf | 902.87 KB |
| ban.pdf | pdf | 337.18 KB |
| Ex40_BAR7_National Support Ltr-f-Dkt22-40.pdf | pdf | 178.97 KB |
| MOTION_IN_RE_MING_06052021-f.pdf | pdf | 87.74 KB |
| property.pdf | pdf | 315.64 KB |
| AFFIDAVIT-petitionright-06172025.pdf | pdf | 180.8 KB |

| File | Type | Size |
|---|---|---|
| NOTICE_VIOLATION_FEDERALISM_05222023-recd.pdf | pdf | 91.92 KB |
| Ex54_PROPOSEDORDER_ABINITIO_JUSTICEORDER_12162022-f-Dkt22-54.pdf | pdf | 105.28 KB |
| Ex10_Verified Compl-f-Dkt22-10.pdf | pdf | 880.11 KB |
| PROPOSED_ORDER_04242021-f.pdf | pdf | 72.32 KB |
| EX58_LETTER_NOTICE_PROPERTYRIGHTS_01192023-f-Dkt22-58.pdf | pdf | 134.05 KB |
| NOTICE_CJ_LORETTARUSH_MENTALILLNESS_07282023-f.pdf | pdf | 95.38 KB |
| Ex13_AFFIDAVIT_OF_ANDREWSTRAW-f-Dkt22-13.pdf | pdf | 548.19 KB |
| Ex3_crime-f-Dkt22-3.pdf | pdf | 3.35 MB |
| ORDER_DENY_RECALL_Dkt80.pdf | pdf | 120.75 KB |
| SCOTUS_PETITION_USCA7_OUTRAGES.pdf | pdf | 1.18 MB |
| clfmp.pdf | pdf | 64.11 KB |
| Ex8_RodehefferInterfere-f-Dkt22-8.pdf | pdf | 68.92 KB |
| Ex9_INDISCOMM_RESPONSE-f-Dkt22-9.pdf | pdf | 207.5 KB |
| Ex20_SanctionORDER_ISC-f-Dkt22-20.pdf | pdf | 137.9 KB |
| Ex26_MED2 - Straw Car Accid-f-Dkt22-26.pdf | pdf | 81.83 KB |
| PETITION_REINSTATE_02172024.pdf | pdf | 130.67 KB |
| AndrewStrawALLCASES_06182025.pdf | pdf | 3.98 MB |
| AFF_MOTION_04242021-f.pdf | pdf | 131.47 KB |
| PROPOSEDORDER_ABINITIO_JUSTICEORDER_12162022-f.pdf | pdf | 84.5 KB |
| Ex27_MED3_DrKaehrRept-f-Dkt22-27.pdf | pdf | 1.63 MB |
| Ex47_FF_Ind_PROTORD-Dkt22-47.pdf | pdf | 184.09 KB |
| Ex45_DD_ImagineEGov-f-Dkt22-45.pdf | pdf | 96.65 KB |
| Ex41_BAR8_21-MISC-10-f-Dkt22-41.pdf | pdf | 199.88 KB |
| RESPONSE_STRIKE_YUDKIN_03222022-receivedstamp.pdf | pdf | 73.84 KB |
| EX57_LTR_SEN_WHITEHOUSE_11212022-Dkt22-57.pdf | pdf | 153.82 KB |
| USDOJ-CIVILRIGHTSDIV-COMPLAINT-06232025.pdf | pdf | 874.3 KB |
| AFFIDAVIT-400000DOLLARS-RECUSE-06162025.pdf | pdf | 142 KB |

| File | Type | Size |
|---|---|---|
| Ex19_RESPONSE_HO_REPT-f-Dkt22-19.pdf | pdf | 105.68 KB |
| MOTION-NOTICE-06122025-f.pdf | pdf | 209.35 KB |
| Ex53_PETITION_12162022-f-Dkt22-53.pdf | pdf | 105.6 KB |
| ISBLE_LAWLICENSE_DISCRIMINATION_2002-2006.pdf | pdf | 213.03 KB |
| ORDER_COSTS_03032017.pdf | pdf | 83.27 KB |
| BRIEF_APPELLEES_04242017-Dkt29.pdf | pdf | 225.46 KB |
| ORDER_7thCircuit_07062017_Dkt46.pdf | pdf | 178.86 KB |
| MOTION_CRIME_OMITTED_MITIGATORS_09152021-f.pdf | pdf | 65.14 KB |
| NOTICE_OF_PAYMENT_03222021-court-stamped.pdf | pdf | 98.62 KB |
| AHLER_ETHICS_CRIME_MITIGATINGFACTORS-f.pdf | pdf | 65.28 KB |
| AFFIDAVIT_03302022-s.pdf | pdf | 101.65 KB |
| mitigation.pdf | pdf | 907.18 KB |
| Ex52_NOTICE_INTENTION_TO_REMOVE_01192023-f-Dkt22-52.pdf | pdf | 92.62 KB |
| dueprocess.pdf | pdf | 206.98 KB |
| PETITION_LIFTBAN_LIFTFINE_05272023-Dkt81.pdf | pdf | 209.85 KB |
| Ex55_NOTICE_INTENT_REMOVE_28USC1446_01192023-Dkt22-55.pdf | pdf | 94.23 KB |
| MOTION-NOTICE-06142025.pdf | pdf | 237.93 KB |
| EX1_STATEMENT_RUSH_MENTAL_ILLNESS_07262023-f.pdf | pdf | 96.87 KB |
| NOTICE-SEVENYEARS-02152024-f.pdf | pdf | 105.6 KB |
| Ex28_MED4_XRays_HandicapPlac-f-Dkt22-28.pdf | pdf | 837.24 KB |
| Ex42_AA_MaryGonetVoorhees-f-Dkt22-42.pdf | pdf | 66.51 KB |
| Ex37_BAR4_DrBory_BarExam-f-Dkt22-37.pdf | pdf | 1.07 MB |
| SCOTUS INDIANASUPREMECOURT Waiver 17-8005.pdf | pdf | 117.73 KB |