# Docsmit!  Certification

**Mailing ID:** 953668

**Account:** andrew@andrewstraw.com (ANDREW U. D. STRAW)

**Return Address:**
ANDREW U. D. STRAW
9169 W STATE ST
STE 690
Garden City, ID 83714-1733

**Accepted:** 6/29/25, 5:38 AM (EDT-04:00)

**Subject:**
FTCA CLAIM OF ANDREW U. D. STRAW

**Recipient(s):**

**1. Administrative Office of the United States Courts**
Administrative Office of United States Courts
One Columbus Circle, NE
Washington, DC 20544-0001 -US

Service: USPS Certified, Electronic Return Receipt, Flat Envelope, Color
Production Status: Mailed - 6/30/25, 12:00 AM (EDT-04:00)
USPS Tracking ID: 9214890132473400227609582
USPS Delivery Status: Pre-Shipment, USPS Awaiting Item - 6/30/25, 12:00 AM - ,

**Enclosed Content:**
Document 1 (1 Page)
Document 2 (18 Pages)
**Total: 2 Files with 19 Pages**

---

The information herein is certified by Docsmit.com, Inc. ("Docsmit") to be true and accurate as of the date and time this report was generated. All of the records relating to this communication were made at times proximate to those indicated.  Docsmit has not permitted any of the parties hereto to modify the records.

Mail tracking information is from the United States Postal Service.  Times therein are believed to be expressed in the time zone local to those events.  DDS Delivery tracking times are in the time zone local to those events.  All other times (unless otherwise indicated) are expressed in Greenwich Mean Time which may not be the local time of sender or recipient.

---

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Administrative Office of the United States Courts<br>One Columbus Circle, NE<br>Washington, D.C. 20544 | ANDREW U. D. STRAW<br>9169 W State St #690<br>Garden City, ID 83714 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH<br>03/19/1969 | 5. MARITAL STATUS<br>DIVORCED | 6. DATE AND DAY OF ACCIDENT<br>2014           ONGOING | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Please see the attached statement for the tortious acts of U.S. Courts of Appeals, District Courts, and the U.S. Supreme Court in engaging in bias and favoritism which has plagued me in the federal courts since I first started using them in 2014. I have lost cases, lost law licenses, and been disfavored and abused, with the unfortunate term "frivolous" being used and weaponized against me when I have never filed a frivolous lawsuit. See attached for the whole story.

| 9. | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

$25,000,000 for the impositions on my ability to use courts, done tortiously to deny my constitutional right to open courts.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

My right to use the courts is a real intangible right. Destroying it with tortious court officer acts must be compensated.

| 10. | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

$25,000,000 for the humiliation and oppression of having my disabilities used to deny me justice when I was poisoned at Camp LeJeune in utero and as baby, injured by the toxic dust in NYC after 9/11, and broke my legs and pelvis on the way to the Indiana Supreme Court to work. Indiana has led these torts and the federal courts encouraged it instead of opposing.

| 11. | **WITNESSES** |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| ANDREW U. D. STRAW | 9169 W State St #690, Garden City, ID 83714<br>See attached statement for the public records that provide<br>the evidence needed to grant my FTCA claim. |

| 12. (See instructions on reverse). | | **AMOUNT OF CLAIM** (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $25,000,000 | $25,000,000 | | $50,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT<br>*/s/ Andrew U. D. Straw* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>847-807-5237 | 14. DATE OF SIGNATURE<br>29 JUNE 2025 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

# IMPROPER RELATIONSHIPS, ONGOING, THAT JUSTIFY ANDREW U.D. STRAW'S FTCA CLAIM AGAINST THE UNITED STATES JUDICIARY

U.S. federal judges have acted tortiously with improper hirings and entanglements that left me without a unbiased judge repeatedly.

1. **USCA7**. The 7th Circuit U.S. Court of Appeals allowed opposing counsel to be the old law firm of the District Judge in *Straw v. Kloecker, et. al.*, 14-1714 (7th Cir. 2014).

2. **USCA7**. The 7th Circuit HIRED my opposing appellee, James R. Ahler, as a federal bankruptcy judge and then ruled for him in my appeal. *Straw v. Indiana Supreme Court*, 17-1338 (7th Cir. 2017). When I objected, I was punished with a $1,000 fine and federal court filing ban.

3. **SCOTUS**. When I raised this issue in a Petition for Writ of Certiorari, instead of dealing with the due process problem of a U.S. Court of Appeals HIRING a litigant during an appeal, the U.S. Supreme Court engaged in nonfeasance by not granting CERTIORARI and not providing the JUSTICE that was due. That

COURT FTCA VIOLATIONS TO ANDREW STRAW, STATEMENT, **PAGE 1**

petition was unopposed by Indiana Supreme Court. See the URL links to the PETITION and WAIVER on the U.S. Supreme Court website:

**PETITION:**

https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

**WAIVER:**

https://www.supremecourt.gov/DocketPDF/17/17-8005/42075/20180403125725368_SCOUT%20Waiver%2017-8005.pdf

4. USCA7. When I made ethics complaints about the misbehavior of 7th Circuit judges, the Chief Judge, Diane Wood, refused to take action. In fact, Wood is the one who announced HIRING AHLER, my appellee. Her failure to recuse when she herself was intimately involved in the ethics violation is another fraudulent tort. Ahler was hired by the Chief Judge in 2017 with my appeal (17-1338) still open against him and he formerly worked for one of my panel members as a clerk, causing that judge to recuse AFTER voting

COURT FTCA VIOLATIONS TO ANDREW STRAW, STATEMENT, **PAGE 2**

against me to impose nonsense law. The nonsense being that the Indiana suspension was res judicata when it was imposed with my U.S. District Court case OPEN, then closed right after Indiana's suspension was imposed.

5. USCA7. Ahler also was a law clerk for a former chief judge of the 7th Circuit. Each different way Ahler had a connection wove together a pattern of dishonesty at the 7th Circuit when it favored him with millions in bankruptcy judge salary and victory over me using nonsense.

6. USCA7. These torts are why the ancient Romans had the concept of *nemo judex in causa sua*. The 7th Circuit has a particularly bad history of violating that principle in **my cases** because that Court is habitually against me, uses nonsense law to deny me, and attacks me personally with fines and filing bans. 17-1338; 18-2878. This is known as DARVO, punishing a victim and trying to reverse the roles of victim and offender. The 7th Circuit punished me with another fine and filing ban when I opposed the perjury or fraud of an opposing Indiana Attorney General office lawyer. *Straw v. State*

COURT FTCA VIOLATIONS TO ANDREW STRAW, STATEMENT, **PAGE 3**

of Indiana, 1:17-cv-4158 (S.D. Ind.) (perjury at **Dkt. 17**); *Straw v. Indiana*, 18-2878 (7th Cir. 2018)

7. ==WAWD, USCA9==. The federal judge in my lawsuit against Avvo refused to recuse or issue any ORDERS to his law clerk not to be involved when that **judge's law clerk was hired into the litigation group of opposing counsel** (Avvo's counsel, DWT) **with my lawsuit and then appeal pending**. That judge should have recused but refused to do so, instead ruling against me on the merits. *Straw v. Avvo*, 2:20-cv-00294, 2020 WL 1182932 (W.D. Wash. 2020); *Straw v. Avvo*, 20-35971, 20-35848 (9th Cir. 2022). When I raised these conflicts to the 9th Circuit, I was again **rebuffed with no relief** when it is simply unjust and violates due process for a law firm to **hire the judge's law clerk** with a case still open. This is the same type of problem that was happening in the 7th Circuit with Ahler. Incidentally, there would have been no federal lawsuit if Avvo by counsel had **paid its arbitration fee** and received the arbitration judgment that its own TOS required me to accept. Avvo did not want my very reasonable and supported case to be arbitrated and

so **escaped from that contractual obligation** by not paying the mandatory arbitration fee. Being so impoverished, I was exempt from the fee. *Straw v. Avvo, Inc.*, 2019-2020 – Arbitration via JAMS. Reference # **1100107062**.

8. ==USCA2==. I had two appeals at the 2nd Circuit for lawsuits I filed in the EDNY for torts because companies kept repeating the Indiana Supreme Court suspension as though it was valid. It was not valid and I had a right to tort damages from those who kept repeating it when the Virginia State Bar rejected the Indiana suspension 100% in 2017 and so did a national property valuation expert, who said I should be compensated for what my former employer foisted on me. *Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (**Dkts. 22-21, 22-22**).

https://www.courtlistener.com/docket/66619947/22/21/straw-v-linkedin-corp/

https://www.courtlistener.com/docket/66619947/22/22/straw-v-linkedin-corp/

The 2nd Circuit's clerk demanded that I file certain documents and

I did so: "Form C." ***After those "FORM C" documents appeared in the record***, because I did file them, unknown and unnamed clerk officers dismissed my TWO U.S. Court of Appeals for the Second Circuit appeals <u>without the involvement of any judge</u>. *Straw v. Wolters Kluwer, et. al.*, 20-1507 (2nd Cir 2020); *Straw v. Dentons, et. al.*, 20-2075 (2nd Cir. 2020). That violated my right to use that court without retaliation or interference. I believe closing my appeals in that fashion was an obstruction crime that the 2nd Circuit allowed in its own clerk office.

9. USCA DC. When I sued for the tortious actions of the unknown 2nd Circuit clerk office staff, my case and appeal were denied. *Straw v. Unknown*, 1:22-cv-00723 (D.DC) *Straw v. Unknown*, 22-5172 (D.C. Cir.). So, clerks can obstruct an appeal and dismiss an appeal in the 2nd Circuit without any sound reason at all, with no judge involvement, and there is no way to obtain justice for those violations of the right to use the courts without interference in the D.C. Circuit. That's a First Amendment petitioning right as well as a violation of Due Process and maybe the crime of obstruction of

justice or attorney harassment. It is fraud to dismiss a case without the involvement of a judge with no good reason for doing so.

10. **USCA DC CIRCUIT; USCA FEDERAL CIRCUIT**. The Indiana Supreme Court imposed sanctions on my Indiana law license based on what happened in **4 U.S. District Court lawsuits in which no judge issued any sanction**, not one penny in fines and no FRCP Rule 11(c) due process. **No federal judge** asked Indiana Supreme Court to punish me. **No opposing counsel** (over 50 law firms and lawyers) and **none of the 50+ defendants** in those 4 cases asked any sanction on my Indiana law license. This despite ABA Model Rule 8.3 requiring a report against me if a lawyer thinks I violated ethics, suggesting there was **no grounds to do so** with so many opposing voices making **NO RULE 8.3 COMPLAINT**. I was criticized in the four federal cases, mildly, but all 4 of the original cases were in districts where I had an active in good standing law license (ILND & INND). NONE of those courts sanctioned my federal licenses for what I did *in those* 4 federal cases *in their courts*. Instead, Indiana Supreme Court used its Rule 3.1 to say my

COURT FTCA VIOLATIONS TO ANDREW STRAW, STATEMENT, **PAGE 7**

federal lawsuits were frivolous and I should be punished severely on my *Indiana state law license*. I was punished with 180 days of suspension on my Indiana state law license that has snaked on for 8 years and 4 months in the absence of automatic reinstatement as of June 2025. In re Straw, 68 N.E.3d 1080 (Ind. 2/14/2017). I have made many requests to reinstate but the Indiana Supreme Court said it would not do so until I pay its Clerk $500. I paid the $419.50 in IADC costs, illegitimate though they were, in 2021. Incidentally and relevantly, IADC in Indiana in 2016 said I could have my law license in Disability Status with no penalty at all, and when I refused, that's when the persecution began in earnest, leaving me suspended 9 years later, ==8 years+ of bootstrapped suspension==. My 4 U.S. District Court law licenses were suspended in 2017 based on this Indiana suspension without any hearing at all even though I demanded hearings to complain about what my former employer, the Indiana Supreme Court, did. Two, INND & INSD, remain suspended in June 2025. I sued in the D.C. Circuit and the Federal Circuit for the takings of my valuable U.S. District Court federal

COURT FTCA VIOLATIONS TO ANDREW STRAW, STATEMENT, **PAGE 8**

law licenses, but was denied, saying other courts' actions cannot be reviewed at all. *Straw v. U.S.*, 21-5300, 2022 WL 626946 (D.C. Cir. 2022); *Straw v. U.S.*, 21-1597, 21-1598 (Fed. Cir. 10/13/2021)

11. **USDC DC**. I made an ethics complaint about the failures of justice, but of course nothing came of it, which is yet another tort of refusing to review the torts of other courts and judges, a big pile of them. **Ethics Complaint, 20-90051**

12. **SCOTUS**. The U.S. Supreme Court refused to grant CERTIORARI to consider the Federal Circuit's refusal to give me compensation for the taking of my 4 federal law licenses. *Straw v. U.S.*, 21-6713 (2/22/2022)

13. **USCA7; SCOTUS**. The 7th Circuit said I had **no right to a hearing before losing 4 federal U.S. District Court law licenses to reciprocal suspensions** done the above manner. Again, despite the absolutely compelling reasons for reviewing, CERTIORARI WAS DENIED. *Straw v. U.S. District Court*, 17-2523 (7th Cir. 2017). *Straw v. U.S. District Court*, 17-7499, ___ U.S. ___ (3/19/2018) (138 S. Ct. 1319, 200 L. Ed. 2d 485) (Petition for rehearing, 5/14/2018;

138 S. Ct. 2022, 201 L. Ed. 2d 274). The 7th Circuit has essentially ceded the power of federal courts to impose sanctions in the district courts to the Indiana Supreme Court, which will review federal lawsuits and decide if the federal lawyers will be punished on their state law licenses, which then is reciprocally being imposed WITHOUT A HEARING on the federal law licenses not sanctioned at all prior to that.

14. **USCA7**. The 7th Circuit said I had no right under the First Amendment to resign law licenses if the U.S. District Court did not want to cooperate. ILND and WIWD cooperated and rescinded those licenses with my resignation in protest. *Straw v. U.S. District Court*, 18-2192 (7th Cir. 2018).

15. **USCA11**. The U.S. Court of Appeals for the 11th Circuit said it would not allow Straw to be a lawyer there because of the Indiana suspension.

## OPPOSING VIEWS FAVORING STRAW

**VIRGINIA STATE BAR** rejected the Indiana suspension, calling it a "drive-by shooting" using the Indiana Supreme Court ADA coordinator to retaliate against Straw's ADA petition he filed just a couple weeks prior, to the Indiana Supreme Court Clerk of Court, who refused to file it with the justices. *Straw v. LinkedIn*, **Dkt. 22-21**.

**USCA4**. Straw has been an active in good standing lawyer admitted to the Fourth Circuit U.S. Court of Appeals from 1999 to 2025. This shows that Straw's highest law license, at a Court of Appeals of the federal government, was never sanctioned. So, the Indiana suspension is wholly without merit and retaliatory, and every federal court that allowed this was **both wrong and unethical** in doing so. Straw's right to use the courts without retaliation is a fundamental right under the U.S. Constitution.

## PRINCIPLES VIOLATED

These violations have happened literally from East Coast to West Coast in the United States and they implicate the practices and procedures of all federal courts. The principles violated include:

- There is a right to use federal courts without the interference of a state court, period. No backdoor attacks on state law license are allowed to punish using the federal courts without any sanction in those federal courts.

- There is a right to file a case in federal court and the right to make the judge recuse if his law clerk is hired by opposing counsel or the defendant in any way.

- There is a right to file an appeal in federal court without opposing counsel being the old law firm of the District Judge below.

- There is a right to file an appeal in federal court without the Court of Appeals hiring an opposing party and then favoring that party.

- There is a right to file a federal appeal without a clerk dismissing for no reason and without any ability to ask for review by a judge.

- *Nemo judex in causa sua* creates a common law tort right when courts act unfairly, favor one side so much that they HIRE that side, or get entangled with opposing counsel by judge law clerks and former law firm(s) of the judge being hired by opposing counsel in that same case or on appeal in that case.

For courts to be so one-sided against Andrew U. D. Straw that they will violate any principle to ensure he loses, that violates Straw's First Amendment right to petition courts and his right for those courts to be neutral and fair to him under the Fifth Amendment, not so biased that they will HIRE his appellee, or any variation on that kind of dishonesty.

Straw has rights to Equal Protection under the law. Indiana's state supreme court forces all lawyers who have any physical or mental disability to be suspended. Ind. Adm. & Disc. R. 23, Sections 2(c) & 3(b). Straw calls this a ban on disabled lawyers that would not be allowed on the basis of sex or race and should not be allowed on the basis of disability either. http://ban.andrewstraw.com Indiana compares disabled lawyers

to drugs addicts and alcoholics, lumping them together in the ban rule. See: http://ban.andrewstraw.com

For the total tortious collapse of the judicial branch when Straw tried to use it, with the pattern evident in 2014 and still happening in 2025, 11 years without courts and justice available to him, Andrew U. D. Straw asks **$25 million for the property injury and $25 million for the personal injuries**. SCOTUS and Circuit Courts know better.

Please note that in every state where these violations happened, the state constitutions of those states all include an open courts provision. All states have them. Federal courts should be obliged not to violate those principles of open courts without retaliation in the form of hiring opposing parties, abusing the term frivolous, or entangling the clerks and former law firms of federal judges with cases or appeals. **Bias is a tort** and Straw showed this tort was done to him over and over and over again. The failure of any ethics complaint to have had traction in any of these circuits also shows a failure that just emphasizes how weak judicial ethics mechanisms are and how bias is allowed and even

encouraged when a Chief Judge like Diane Wood showed how terribly biased she was, both substantively in cases, by exhibiting bias, and by corrupting the ethics mechanisms entrusted to the Chief Judge.

Judge Posner was also on Straw's 17-1338 7th Circuit case panel. Judge Posner's biased approach was revealed in his statements to the NYT upon his retirement. He decided who would win and then worked backwards so that would be the result, with law twisted to meet the needs of his favored party. Posner calls his favored party and side "reasonable outcome" but anyone can see that he just plays favorites like a bad parent. Then he makes excuses for his favor and calls it law.

Posner as much as admitted that he viewed his role as first deciding who would win, not what the law required him to do on the facts presented. He was so arrogant about this that he claimed an ability to avoid U.S. Supreme Court judgments, distinguishing them at will. And with the possibility of him being reviewed after doing that being 1% at SCOTUS, ==his biases became the law of his Circuit== when he decided cases like Straw's.

https://www.nytimes.com/2017/09/11/us/politics/judge-richard-posner-retirement.html

https://www.washingtonpost.com/news/volokh-conspiracy/wp/2017/09/11/richard-posners-exit-interview/

Straw's opinion about Posner is relevant. Straw believes that when judges see themselves as just the decider of who wins, that is the type of justice that invites things like private bribery of judges. Those judges who act on principle and law are not so susceptible because the law guides them and their opinions can be evaluated on merits by academics and outside parties. Judges who just decide winners can be bribed to do that when the judge is dishonest. All judges should abide by the law rather than simply explaining why a favored party gets <u>a nonsense law favor</u>. Straw is never favored. He doesn't try to bribe judges. He just advances civil rights arguments that have merit since those laws are to be construed broadly to effectuate their remedial purposes. *Trafficante v. Metropolitan Life Ins. Co.*, 409 U.S. 205 (1972). That case should have governed Straw's 2014 ADA case against the ABA and 50 top law schools

that collect statistics on race and gender in their ABA Forms 509, but not disability. Straw was wrongly denied the ability to stand up for other disabled law students after he was one. *Straw v. American Bar Ass'n Section of Legal Ed. and Adm. to the Bar et. al.*, 1:14-cv-05194-TMD, 2015 WL 602836 (N.D. Ill.). The Indiana Supreme Court attacked Straw for bringing that case when his COMPLAINT was denied on standing grounds, not for the substance of the discrimination he alleged in **excluding disability but favoring race and gender** on Form 509. That discriminatory practice continues in 2025, as can be seen so easily on any of those top law schools' Forms 509 today. Straw opposed systemic disability discrimination in so many ways but judges have **decided to end his law career** rather than **accept the changes** Straw says are needed in this civil rights movement. Straw's cases were wrongly decided, said Doug Bernacchi, another attorney Indiana Supreme Court has attacked:

   http://bernacchi.andrewstraw.com

   https://www.courtlistener.com/docket/66619947/22/22/straw-v-linkedin-corp/

COURT FTCA VIOLATIONS TO ANDREW STRAW, STATEMENT, PAGE 17

Straw was wrongly suspended in all 5 courts that did so. His reciprocal suspensions were bogus. And he had no way to oppose it.

"Frivolous" as the Midwest judges use it is a favored insult for judges who decide based on favor rather than right and wrong. But "favoring" judges like the above engage in DARVO tactics to make it seem like Straw deserves punishment when all he did is ==use the courts with the naïve belief that justice can be had there==. Those courts clearly cannot be expected to grant justice without being favored *a priori*.

Submitted as part of Straw's SF-95. Straw is still tortiously suspended in INND and INSD. The above statements are true and correct or opinions of Andrew U. D. Straw on penalty of perjury after his years of gathering this evidence and reasonable inquiries under the circumstances. I so depose.

*[signature: Andrew U. D. Straw]*

Andrew U. D. Straw                                                            June 29, 2025
9169 W State St #690
Garden City, ID 83714
(847) 807-5237                    andrew@andrewstraw.com