IN THE
# United States District Court for the Northern District of California

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW,  *Plaintiff*, | ) ) | Case No.: 3:24-cv-08625-PHK |
| | ) ) | Hon. Peter H. Kang |
| v. | ) | Judge Presiding |
| | ) ) | |
| FACEBOOK, | ) | |
| *Defendant*. | ) | JURY TRIAL NOT DEMANDED |

## ADVOCACY NOTICE

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, and I hereby state as follows:

## FACTS

1. I wish to provide some additional evidence in support of my my APPLICATION FOR *IFP*, which can only granted after a review under 28 U.S.C. § 1915(e).

2. My Facebook case here appears on Courtlistener.com at this URL:

3. https://www.courtlistener.com/docket/69430377/straw-v-facebook/

4. Facebook decided to wade into this advocacy I am doing to reform the courts that entangle themselves with litigants and disfavor me.

5. It shut down a FB page for my law advocacy that had the page name "court integrity" as part of the URL: https://web.facebook.com/courtintegrity

6. I contacted both of the U.S. senators where I am registered to vote, Illinois, and asked them to pass legislation to reform use and abuse of the term

"frivolous" and abolish the 7th Circuit for its abuses of me, including **hiring my appellee, making him a federal bankruptcy judge for 14 years while my appeal was pending, and then favoring him with nonsense law**. USCA7, case 17-1338

7. I have explained it repeatedly in courts outside that circuit because I was hit with a filing ban and a $1,000 fine for objecting to the ethics violations of those 7th Circuit judges. 17-1338, **Dkts. 79, 80, 81, 82**.

8. But the U.S. Supreme Court is above them and I explained it in my petition for writ of certiorari in U.S. Supreme Court docket 17-8005. If the Court pleases, it can review that filing, made under oath and not opposed or challenged in its factual allegations one iota by the Indiana Supreme Court or Indiana's Attorney General, who waived response. The petition:

9. https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

10. The Indiana Supreme Court waiver of response:

11. https://www.supremecourt.gov/DocketPDF/17/17-8005/42075/20180403125725368_SCOUT%20Waiver%2017-8005.pdf

12. Those allegations, which Indiana had every opportunity to challenge, are **true**.

13. Because the federal courts have been absolutely useless in helping me object to that abuse without retaliation and get justice, I appealed to my U.S. senators for the relief I think is appropriate and legislation can provide.

14. **Exhibit 1** is the "Reform of Frivolous Act" or ROFA.

15. **Exhibit 2** is the "Abolish the Seventh Circuit Act" or ASC Act.

16. I told my senators by email, with copy to the 7th Circuit itself that this Act to abolish a circuit court is so absolutely needed after the 7th Circuit **hired my appellee**, *inter alia*, it should be informally called the "Ass Kicking Act" since the 7th Circuit needs Congress to hoist them by their petards and abolish their court. A court that is dishonest needs that kind of "ass kicking" by Congress because no appellate court was established to HIRE APPELLEEs. There is no evidence anywhere that the Founders expected circuit judges to hire the appellees who come before them as the 7th Circuit did with me.

17. If my fundamental First Amendment petitioning courts right is going to be abused by the 7th Circuit, I will use the First Amendment *again* to ask relief.

WHEREFORE, I so depose regarding my LEGAL ADVOCACY FOR LEGISLATION the above facts and opinions in support of my *IFP* review under 28 U.S.C. § 1915(e).

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: July 14 2025.

Respectfully,

*[signature: Andrew A. D. Straw]*

s/ ANDREW U. D. STRAW
9169 W. State Street #690
Garden City, ID 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

3

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **NOTICE OF ADVOCACY** with **2 EXHIBITS** regarding my communications with Senator Duckworth and Senator Durbin, with the Clerk of Court by CM/ECF on <mark>July 14, 2025</mark>. This filing will be available on PACER.gov hereafter. CM/ECF will serve all parties which have appeared. Facebook/Meta has appeared by Counsel. This case appears on Courtlistener.com with some free document access.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
9169 W. State St. #690
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com

## EXHIBIT LIST

- EXHIBIT 1 – REFORM OF FRIVOLOUS ACT (ROFA)
- EXHIBIT 2 – ABOLITION OF SEVENTH CIRCUIT ACT (ASC Act)