# ABOLITION OF THE SEVENTH CIRCUIT ACT

SEC. 1.  Findings

  (a) Judges of the Seventh Circuit Court of Appeals have acted dishonorably and illegally in violating a disabled lawyer, Andrew U. D. Straw, and wrongly attacked his cases and filings as frivolous.

  (b) The Seventh Circuit has on at least one occasion hired as a federal bankruptcy judge, James R. Ahler, a litigant appellee that was before that court and favored him with nonsense law that is applied nowhere else. It has also allowed a litigant before it to use as appellate counsel the former law firm where the trial judge used to work before he was elevated to the federal bench in Chicago.

  (c) The Seventh Circuit in its dishonesty and failure to be fair and equal and reserved in its language and actions has worn out its welcome with Congress.

  (d) The Seventh Circuit should be and is dissolved as an appellate court area and the states previously part of the Seventh Circuit need to be allocated elsewhere.

  (e) Thus, there will be no Seventh Circuit and the judges previously holding office for that Court will be stripped of all jurisdiction and judicial duties and authority but shall retain the bare minimum required by Article III of the U.S. Constitution.

SEC. 2.  Title.  This Act shall be known as the "Abolition of the Seventh Circuit Act."

# ABOLITION OF THE SEVENTH CIRCUIT ACT

SEC. 3.  Abolition.

- (a) The court known as the 7th Circuit U.S. Court of Appeals is hereby dissolved and no longer exists as of the date of enactment of this Act.

- (b) The 7th Circuit judges shall be stripped of all authority to act as federal judges and the only benefits that shall remain are the minimum required under Article III.

- (c) No federal court of appeals shall exist in the City of Chicago or Cook County henceforth.

- (d) Wisconsin and Illinois shall henceforth be part of the 8th Circuit and appeals from federal courts in those states will be to the 8th Circuit.

- (e) Indiana shall henceforth be part of the 6th Circuit and appeals from federal courts in that state will be to the 6th Circuit.

- (f) The judges of the former 7th Circuit shall not serve as judges anywhere or at any level, including the 8th Circuit or the 6th Circuit.

SEC. 5 Federal Tort Claims Act.

- (a) If a former litigant before the 7th Circuit claims injury such as that court hiring his appellee or opposing counsel being allowed to be the trial judge's old law firm, these shall be deemed Due Process violations and claims may be made under FTCA to the Administrative Office of U.S. Courts.

- (b) There shall be no statute of limitations on this type of FTCA claim and there shall be no immunity even though any action was a judicial action because the United States is hereby not immune. The claim shall be made out against the United States but if a mistake is made and an individual judge is named, the claim shall

# ABOLITION OF THE SEVENTH CIRCUIT ACT

    be deemed against the United States so no immunity can be claimed.

SEC. 6. Statute of Limitations.

    (a) There is no statute of limitations or any statute of repose.

SEC. 7. Venue & Jurisdiction.

    (a) If the FTCA claim under SECTION 5 is denied overtly or by inaction for 180 days, an action may be filed in any U.S. District Court to obtain damages after a bench trial.

    (b) Any exclusion under 28 U.S.C. § 1500 shall not apply to actions under this Act.

    (c) Any exclusion of reviewing other courts' proceedings shall not apply to cases under this Act because individual judicial immunity remains and payment of damages comes from the Judgment Fund against the United States.

    (d) Any exclusions for equitable relief shall not apply. Equitable relief is available in addition to damages.

    (e) Standing shall be liberally provided and tester standing shall always be assumed to prevail.

    (f) Claims and actions under this Act may only be filed if they include damages above $10,000 or equitable relief. Any violation of SECTION 4 shall be deemed to have no less injury than $10,000.

    (g) If an MDL is created to deal with such cases, the claimant or plaintiff shall always be allowed the choice to opt out and opting out is presumed until otherwise stated in writing.

This proposed law was drafted by U.S. Court of Appeals admitted attorney Andrew U. D. Straw on July 14, 2025.

# ABOLITION OF THE SEVENTH CIRCUIT ACT

s/ Andrew U. D. Straw