IN THE

# United States District Court for the
# Northern District of California

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 3:24-cv-08625-PHK |
| *Plaintiff*, | ) | |
| | ) | Hon. Peter H. Kang |
| *v.* | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant*. | ) | JURY TRIAL NOT DEMANDED |

### AFFIDAVIT: "SPAM" IS THE NEW "FRIVOLOUS" TO SHUT DOWN A FORUM TO DISFAVORED SPEECH

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, and I hereby depose as follows:

## FACTS

1. Facebook has apparently decided it can use another method to shut down my legal and disability rights commentaries.

2. Last night, I was posting URLs to Gemini.ai commentaries on the federal cases that resulted in my 8.5 year law license suspension in Indiana.

3. Basically, Gemini found that I had sound principles and thus not only was my legal work not frivolous, but it represented important law reforms that need to be **approved** by federal judges, not **abused** with the term *frivolous*.

4. I attach as <mark>Exhibit 1</mark> the message that I get even 9 hours later that I can't post too frequently, so I am blocked from making posts at all.

5. I have made multiple objections to this in Facebook's feedback mechanism yesterday and today, but nothing changes. **The ability to post is blocked.**

6. Because I am complaining about how a state court violated my rights under ADA Title II with these posts, Facebook is **retaliating by blocking me** and that violates Title V, which prohibits retaliation for opposing Title II discrimination that I allege. And all I have to do is **allege**. 42 U.S.C. Section 12133.

7. I feel I have an obligation to inform the Court every time Facebook restricts me and my ability to talk about lawsuits on civil rights that I am pursuing.

8. It is the same issue as before. Facebook abuses me to stop me from talking about legal and civil rights reform.

9. I don't post spam, but here again we have Facebook, in the red comments of Exhibit 1, saying I am blocked to **prevent spam**.

10. "Spam" accusations is like "frivolous" accusations. It is ***subjective*** and used as an excuse to shut down legitimate complaints. And posts. Just like some courts abuse frivolous to close their doors to **unwanted ideas**. It is an abuse that a controller of a forum uses to shut down its use to the disfavored.

11. URL: https://web.facebook.com/courtintegrity

WHEREFORE, I so depose.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: August 6, 2025.

Respectfully,

s/ ANDREW U. D. STRAW
9169 W. State Street #690
Garden City, ID 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

3

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AFFIDAVIT** with the Clerk of Court by CM/ECF on <mark>August 6, 2025</mark>. This filing will be available on PACER.gov hereafter. CM/ECF will serve all parties which have appeared. Facebook/Meta has appeared by Counsel. This case appears on Courtlistener.com with some free document access.

Respectfully submitted,

s/ ANDREW U. D. STRAW
9169 W. State St. #690
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com