IN THE

# United States District Court for the Northern District of California

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 3:24-cv-08625-PHK |
| *Plaintiff*, | ) | |
| | ) | Hon. Peter H. Kang |
| v. | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant*. | ) | JURY TRIAL NOT DEMANDED |

### AFFIDAVIT: "SPAM" IS THE NEW "FRIVOLOUS" TO SHUT DOWN A FORUM TO DISFAVORED SPEECH

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, and I hereby depose as follows:

### FACTS

1. Facebook has apparently decided it can use yet another method to shut down my legal and disability rights commentaries.

2. Not only is my commentary shut down on my smaller courtintegrity FB page.

3. URL: https://web.facebook.com/courtintegrity

4. It now is also shut down on my DISABILITY PARTY page. Same issue, but restricting my ability specifically to talk to other disabled people on an issue of profound importance, judges in America acting with the same demeanor as Nazi judges like Roland Friesler. I want everyone to REMEMBER and take note when American judges abuse a forum.

5. This is the notice I get now on DISABILITY PARTY page:

6. 

7. URL: https://web.facebook.com/DisabilityParty

8. This is the message that FACEBOOK just blocked:

    > NEVER FORGET the demeanor of fascist judges. Every time you hear an American judge acting like that, in your mind you should be thinking, "Heil Hitler!"
    >
    > https://www.youtube.com/watch?v=jJ34illEapU

WHEREFORE, I so depose.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: August 6, 2025.

        Respectfully,

        */s/ Andrew U. D. Straw/*

        s/ ANDREW U. D. STRAW
        9169 W. State Street #690
        Garden City, ID 83714
        Telephone: (847) 807-5237
        andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AFFIDAVIT** with the Clerk of Court by CM/ECF on August 6, 2025. This filing will be available on PACER.gov hereafter. CM/ECF will serve all parties which have appeared. Facebook/Meta has appeared by Counsel. This case appears on Courtlistener.com with some free document access.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
9169 W. State St. #690
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com