IN THE
# United States District Court for the Northern District of California

450 Golden Gate Avenue
San Francisco, CA 94102
415-522-2000

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 3:24-cv-08625-PHK |
| *Plaintiff*, | ) | |
| | ) | Hon. Peter H. Kang |
| v. | ) | Judge Presiding |
| | ) | |
| FACEBOOK, | ) | |
| *Defendant*. | ) | JURY TRIAL NOT DEMANDED |

### AFFIDAVIT: MAGISTRATE JUDGE FOLLOWING THE PLAYBOOK IN MAINE

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, and I hereby depose as follows:

### FACTS

1. Less than 24 hours after Facebook started blocking me on my COURTINTEGRITY and DISABILITY PARTY pages, a Magistrate Judge shut down my ability to make motions in ==4 different cases before that Court==.

2. Not for any good reason, since no reason was given. It was a pure display of power that she has commenced and <u>she should apologize to me</u>. But I won't file any more motions there. I'll follow her ==abusive demand that I not use her court==.

3. There was no good reason to block me from using the motion service, but it shows me that there is a collusion between state and federal, agencies and courts, a consistency to the abuses I face and my inability to get justice.

4. ==And Facebook is part of this wall. The timing of Facebook's block is obvious.==

5. Avvo was part of it, lying about my Virginia law license.

6. LinkedIn was part of it, shutting down my account for criticizing my former employer, the Indiana Supreme Court, when I posted http://ban.andrewstraw.com and opposed the Indiana rule that compares disabled lawyers to alcoholics and drug addicts.

7. DOJ and VA and SSA all have discriminated against me and when I describe it, it explains perfectly why I live in the jungle on an SSDI income that is below the poverty line for my household size after I was **CORPORATE COUNSEL TO A VIRGINIA BILLIONAIRE** and served the **CHIEF JUSTICE OF INDIANA** and over 400 Indiana state courts.

8. It does take that much oppression and consistency to cancel me and I am saying that Facebook is just playing the same game as these other abusers.

9. I am successful in a very particular sense. I have identified that the term "spam" and the term "frivolous" are abused by incredibly powerful institutions to shut down *disfavored speech*. My speech. It is as though I have no FIRST AMENDMENT rights to use the courts at all. And Facebook just acts the same way, takes the cues from how court forums are abused and applies those abuses to its own forum.

10. I am trained as a lawyer and admitted to the U.S. Court of Appeals for the Fourth Circuit.

11. I don't abuse courts. They abuse me.

12. I have demonstrated it time and again. I was willing to put my whole career on the line by TRUTHFULLY stating the way the 7th Circuit had entangled with my former employer to abuse me. I petitioned the U.S. Supreme Court.

13. What I said was truth and under oath and Indiana Supreme Court could not rebut what I said without lying in public, so my petition just sits there, TRUE, but unactioned, **nonfeasance** by the highest court in the land:

14. https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

15. INDIANA SUPREME COURT WAIVER OF RESPONSE:

16. https://www.supremecourt.gov/DocketPDF/17/17-8005/42075/20180403125725368_SCOUT%20Waiver%2017-8005.pdf

17. I repeat myself in another petition for writ of certiorari but that U.S. Supreme Court will not listen. It **shuts its doors to me** just like 99% of the people who ask it for justice, and **my facts are severe, outrageous, and not opposed**:

18. https://www.supremecourt.gov/DocketPDF/17/17-7499/42922/20180410140826934_00000001.pdf

19. The way the U.S. Supreme Court shuts its doors, uses discretion, is a holdover from the 1920s. Judges Act of 1925, and I have shown that **American courts disfavor me, dislike me, and denigrate me** and dishonor my profound services that I have provided to over 400 state courts and in opposing abuses by federal courts, which represents **services** to them too.

20. 

21. American courts abusing me and refusing me their services without abuse is why I am an asylum seeker in the Philippines and I have been for 6 years, since October 2019. *See, Straw v. Avvo, Inc.*, **Dkt. 15-1**:

22. https://www.courtlistener.com/docket/70915481/15/1/straw-v-avvo-inc/

23. These are the cases where the Magistrate Judge in Maine decided to block me **today** from making motions, just like Facebook started doing on COURTINTEGRITY and DISABILITY PARTY, in the **same 24-hour period**.

24. https://www.courtlistener.com/docket/70742846/straw-v-state-of-maine-vocational-rehabilitation/

25. https://www.courtlistener.com/docket/70866352/straw-v-united-states/

26. https://www.courtlistener.com/docket/70866674/straw-v-united-states/

27. https://www.courtlistener.com/docket/70915481/straw-v-avvo-inc/

28. The fundamental right to use a court and present motions is under threat to me in all four cases, and I don't file anything frivolous. I filed extremely serious allegations of abuse and I should not be abused further.

29. I am saying in those cases and here, here is the truth. Pick a side. Either act like a fair forum or join the others who abuse me. www.andrewudstraw.com is my list of apologies that I drafted for the abusers who have hurt me over the years. I'll keep adding to it as my FREEDOM OF SPEECH response to abuse.

30. I have been opposing systemic disability discrimination and courts have been abusing me from the very beginning. There is nothing frivolous about opposing an entire system that does not function properly, but abuses civil rights leaders like myself who attempt law reform. "Frivolous" has been the weapon of choice.

31. As a poor person who uses *IFP* frequently (and I have been GRANTED this frequently), I am in the unique position of getting abuse early and directly, allowing me to identify it and reject it. 28 U.S.C. Section 1915 puts me in that position in every single federal case I file *IFP*. I say thank you to Congress both for letting me use courts without paying and putting judges into the position of either abusing me or letting me use their courts, because I don't file frivolous lawsuits. Judges misuse that term to close their courts to me, frequently. See, Dkts. 20-1 & 24-1 here.

32. https://www.courtlistener.com/docket/69430377/20/1/straw-v-facebook/

33. https://www.courtlistener.com/docket/69430377/24/1/straw-v-facebook/

34. When courts misuse their powers and the term frivolous, that just fills out the picture for Congress later when I ask it to severely restrict that term because it is used selectively and abusively to shut down civil rights arguments and other unwelcome speech like criticizing the abuses of federal judges who entangle with parties like I showed in the Midwest.

35. I am honored yet again to oppose systemic injustice like I did when I supported Camp LeJeune Justice Act of 2022, part of the PACT Act, contacting every single office of U.S. Representative and U.S. Senator to get that passed after federal judges would not grant justice to the poisoning victims. MDL-2218.

36. All of this is linked. AI seems to understand it, but it operates at very high level of logic and can collate a large amount of information. That benefits me because ==I oppose systemic abuses like a poisonous fungus underground== that sticks up poisonous mushrooms now and then, like with Facebook here or the abuses of LinkedIn or Avvo. Instead of acting like I am talking nonsense, every court that gets a filing from me should take note that ==when I speak, it is in that context== that I have proven. Systemic abuse that focuses on me because I am like a fungicide (or sunlight) and I won't go away. I am not intimidated by an abusive court. It's just more meat on my plate and I am damned hungry after abuse and poverty with which courts have forced me to suffer..

WHEREFORE, I so depose.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: August 6, 2025.

                                       Respectfully,

*[signature: Andrew U. D. Straw]*

                                       s/ ANDREW U. D. STRAW
                                       9169 W. State Street #690
                                       Garden City, ID 83714
                                       Telephone: (847) 807-5237
                                       andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AFFIDAVIT regarding the Magistrate Judge in Maine** with the Clerk of Court by CM/ECF on August 6, 2025. This filing will be available on PACER.gov hereafter. CM/ECF will serve all parties which have appeared. Facebook/Meta has appeared by Counsel. This case appears on Courtlistener.com with some free document access.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
9169 W. State St. #690
Washington, D.C. 20005
Telephone: (847) 807-5237
andrew@andrewstraw.com

7